| | |
|---|---|
| DEFENDANT: | WILLIAM BLAKE PLSEK |
| YOB/AGE: | 1981 |
| COMPLAINT FILED? | __x__ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  22-mj-104-SKC |
| OFFENSE(S): | (1) 21 U.S.C. § 846 Conspiracy to possess with intent to distribute a controlled substance<br>(2) 21 U.S.C. § 846 Conspiracy to manufacture a controlled substance |
| LOCATION OF OFFENSE: | Boulder County, CO |
| PENALTY: | (1)-(2) 21 U.S.C. § 841(a)(1), 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA |
| AGENT: | HSI SA Kevin Vassighi |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less   __x__ over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.