IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOSEPH EUGENE CLEMENTS,
    *a/k/a Akasha Song,*

        Defendant.

---

## UNOPPOSED MOTION TO RESET TIME OF ARRAIGNMENT, DISCOVERY, AND DETENTION HEARING

---

The defendant, Joseph Eugene Clements ("Mr. Clements"), by and through undersigned counsel, Natalie G. Stricklin, hereby requests that the time of the Arraignment, Discovery, and Detention Hearing scheduled for Wednesday, July 6, 2022, be reset to 2:00 pm. In support, Mr. Clements states as follows:

1. Mr. Clements appeared for an Initial Appearance on June 30, 2022, before Magistrate Judge S. Kato Crews. The matter was scheduled for an Arraignment, Discovery, and Detention Hearing on Wednesday, July 6, 2022, at 10:00 a.m. before Magistrate Judge N. Reid Neureiter. Doc. 6.

2. Undersigned counsel will be in Durango, Colorado, on July 6 for a work-related matter. A colleague in counsel's office is available to handle the Arraignment, Discovery, and Detention Hearing on July 6 if the time of the proceedings can be reset to 2:00 pm.

3. Undersigned counsel has conferred with government counsel about the need for the time change and Assistant United States Attorney Andrea Surratt advised that she has no objection to the time change.

WHEREFORE, the defendant, through counsel, Natalie G. Stricklin, requests that the time of the Arraignment, Discovery, and Detention Hearing on July 6, 2022, be reset to 2:00 p.m.

                                                 Respectfully submitted,

                                                 VIRGINIA L. GRADY
                                                 Federal Public Defender

                                                 s/ Natalie G. Stricklin
                                                 NATALIE G. STRICKLIN
                                                 Assistant Federal Public Defender
                                                 633 17th Street, Suite 1000
                                                 Denver, CO  80202
                                                 Telephone:  (303) 294-7002
                                                 FAX:  (303) 294-1192
                                                 Natalie_Stricklin@fd.org
                                                 Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2022, I filed the foregoing ***Unopposed Motion to Reset Time of Arraignment, Discovery, and Detention Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail: andrea.surratt@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Joseph Eugene Clements  (via U.S. mail)

                              s/ Natalie G. Stricklin
                              NATALIE G. STRICKLIN
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Natalie_Stricklin@fd.org
                              Attorney for Defendant