## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSEPH EUGENE CLEMENTS**, and
2. WILLIAM BLAKE PLSEK,

    Defendants.

---

### ENTRY OF APPEARANCE BY ATTORNEY HILLARY C. AIZENMAN ON BEHALF OF DEFENDANT JOSEPH EUGENE CLEMENTS

---

Hillary C. Aizenman, Attorney at Law of Polansky Law Firm, PLLC, hereby enters her appearance on behalf of Defendant Joseph Eugene Clements.

Dated: July 5, 2022.                                  Respectfully Submitted,

                                                                          s/ Hillary C. Aizenman
                                                                         Hillary C. Aizenman, Attorney
                                                                         Polansky Law Firm, PLLC
                                                                         4999 Pearl East Circle, Suite 201
                                                                         Boulder, Colorado 80301
                                                                         Phone: (303) 415-2583
                                                                         Email: hillary@polanskylawfirm.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Hillary C. Aizenman