IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOSEPH EUGENE CLEMENTS,
    *a/k/a Akasha Song,*

        Defendant.

---

## MOTION TO WITHDRAW

---

The Office of the Federal Public Defender, through Natalie G. Stricklin, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above-named defendant, Joseph Eugene Clements ("Mr. Clements"). In support of this motion Defendant states that:

    1.    The Office of the Federal Public Defender ("FPD") was appointed to represent Mr. Clements on June 30, 2022 (Doc. 7), and undersigned counsel entered her appearance that same day (Doc. 9).

    2.    On Tuesday, July 5, 2022, attorneys Hillary C. Aizenman and Lisa A. Polansky entered their appearance on behalf of Mr. Clements (Docs. 13, 14).

    3.    Accordingly, due to Mr. Clements retaining private counsel in the persons of attorneys Hillary C. Aizenman and Lisa A. Polansky, undersigned counsel and the FPD office moves to withdraw.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and to be removed from future ECF notices.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2022, I filed the foregoing *Motion to Withdraw* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Joseph Eugene Clements  (via U.S. mail)

                      s/ Natalie G. Stricklin
                        NATALIE G. STRICKLIN
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Natalie_Stricklin@fd.org
                        Attorney for Defendant