AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL -5 PM 3: 49

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   22-mj-00105-SKC |
| | ) | |
| | ) | |
| JOSEPH EUGENE CLEMENTS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSEPH EUGENE CLEMENTS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 846     Conspiracy to possess with intent to distribute a controlled substance
21 U.S.C. §§ 841(a)(1), 846     Conspiracy to manufacture a controlled substance
21 U.S.C. § 841(a)(1)             Distribution of a controlled substance

Date:     06/17/2022

_____
*Issuing officer's signature*

City and state:     Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 6/17/22, and the person was arrested on *(date)* at

*(city and state)* Boulder, CO                                                                          6/29/22

Date: 6/29/22

_____
*Arresting officer's signature*

SPECIAL AGENT KEVIN VASSIGHI
*Printed name and title*