**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )    **Criminal No. 22-CR-00212-RMR** |
| | ) |
| **JOSEPH EUGENE CLEMENTS a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK,** | ) ) ) ) |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for the United States of America.

**DATED** this 26th day of July, 2022.

        Respectfully submitted,

        NICHOLAS VASSALLO
        Acting United States Attorney

By:   */s/ Timothy J. Forwood*
      TIMOTHY J. FORWOOD
      Special Assistant United States Attorney
      Acting Under Authority Conferred by 28 U.S.C. § 515

## **CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of July, 2022, I served a true and correct copy of the foregoing **Entry of Appearance** upon counsel of record for the Defendants by electronically filing this document with the court.

*/s/ Andi M. Shaffer*
UNITED STATES ATTORNEY'S OFFICE