# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  **Criminal No. 22-CR-00212-RMR** |
| **JOSEPH EUGENE CLEMENTS a/k/a "Akasha Song," and WILLIAM BLAKE PLSEK,** | ) ) ) ) ) |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for the United States of America.

**DATED** this 22nd day of August, 2022.

Respectfully submitted,

NICHOLAS VASSALLO
Acting United States Attorney

By:  */s/ Christyne M. Martens*
CHRISTYNE M. MARTENS
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
District of Wyoming
P.O. Box 22211
Casper, WY  82602-5010
307-261-5434 (phone)
307-261-5471 (fax)
christyne.martens@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of August, 2022, I served a true and correct copy of the foregoing **Entry of Appearance** upon counsel of record for the Defendants by electronically filing this document with the court.

*/s/ Andi M. Shaffer*
UNITED STATES ATTORNEY'S OFFICE