**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **JOSEPH EUGENE CLEMENTS**, and
2.    WILLIAM BLAKE PLSEK,

        Defendants.

## UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE ON DEFENDANT JOSEPH EUGENE CLEMENTS

Defendant, Joseph Clements, by and through his counsel, Lisa A. Polansky, Attorney at Polansky Law Firm, hereby moves this Honorable Court for an extension of time to file pretrial motions and corresponding response due date. This unopposed motion is based on the following:

1.    On July 5, 2022, undersigned counsel entered her appearance on behalf of Joseph Clements. [ECF Doc. #13]

2.    On July 8, 2022, this Honorable Court set a five-day Jury Trial for August 22, 2022. [ECF Doc. #24, Docket Text Only]

3.    This Honorable Court also set a deadline for pretrial motions to be filed by July 25, 2022, with responses due by the Government by August 5, 2022. [ECF Doc. #24]

4.    On July 13, 2022, Mr. Clements, by and through counsel, filed an "Ends of Justice" Motion to Continue the Jury Trial and Deadlines. [ECF Doc. # 26]

5. On July 22, 2022, this Court granted the "Ends of Justice" Motion and reset the jury trial to commence on December 5, 2022, and set a new filing deadline for pre-trial motions for October 24, 2022 and a new Government's response filing deadline for November 7, 2022.  [ECF Doc. #28]

6. While it is entirely possible that Mr. Clements may file additional motion for a further "Ends of Justice Continuance," at this time, there is no request to vacate the trial date.

7. As such, this limited motion is being filed at this time.

8. Undersigned counsel has contacted AUSA Timothy J. Forwood, in the Wyoming Office of the United States Attorney and is authorized to represent that the Government has no objection to this motion.

WHEREFORE, Joseph Clements, by and through counsel, respectfully requests that he be allowed until and including November 7, 2022, to file any and all pretrial motions, with the Government deadline for responses extended to November 21, 2022.

DATED: October 20, 2022.                              Respectfully submitted,

> s/Lisa A. Polansky
> Lisa A. Polansky, Attorney
> Polansky Law Firm, PLLC
> 4999 Pearl East Circle, Suite 201
> Boulder, Colorado 80301
> Phone: (303) 415-2583
> FAX: (720) 500-6021
> Email: lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Lisa A. Polansky

Lisa A. Polansky, Attorney at Law of Polansky Law Firm, PLLC, hereby enters her appearance on behalf of Defendant Joseph Eugene Clements.

Dated: July 5, 2022.                                Respectfully Submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
Email: lisa@polanskylawfirm.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

s/Lisa A. Polansky