**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00212-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **JOSEPH EUGENE CLEMENTS**, and
2.    WILLIAM BLAKE PLSEK,

        Defendants.

---

## DEFENDANT JOSEPH EUGENE CLEMENTS' NOTICE OF DISPOSITION

---

Defendant Joseph Eugene Clements, by and through his counsel, Lisa A. Polansky, Attorney at Polansky Law Firm, PLLC, hereby notifies this Honorable Court that the parties have reached a disposition in this matter and Mr. Clements requests a Change of Plea Hearing be set and per this Court's rules, Mr. Clements requests that the Trial Preparation Conference previously set for November 22, 2022 at 3:00 p.m. be converted to a Change of Plea Hearing, and that the Pre-Trial Motion filing deadlines and response deadlines as well as the Jury Trial commencing December 5, 2022, be vacated as to Mr. Clements.

DATED: November 7, 2022.        Respectfully Submitted,

        s/Lisa A. Polansky
        Lisa A. Polansky, Attorney
        Polansky Law Firm, PLLC
        4999 Pearl East Circle, Suite 201
        Boulder, Colorado 80301
        Phone: (303) 415-2583
        FAX: (720) 500-6021
        Email: lisa@polanskylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

<u>s/Lisa A. Polansky</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other counsel of record.


s/Lisa A. Polansky