# Gregory B. Dudley, Ph.D.

| | |
|---|---|
| **Eberly Family Distinguished Professor** and | **Department Chair** |
| C. Eugene Bennett Department of Chemistry | Office: 222 Clark Hall |
| Eberly College of Arts and Sciences | Phone: (304) 293-0179 |
| West Virginia University | Email: gregory.dudley@mail.wvu.edu |
| Morgantown, WV 26506-6045 | Web: http://www.dudleychemistry.org/ |

## Professional Appointments

**West Virginia University, Morgantown, WV**
- Chair, C. Eugene Bennett Department of Chemistry     2016–present
- Eberly Family Distinguished Professor of Chemistry     2016–present
  - https://www.chemistry.wvu.edu/directory/chair-and-leadership/gregory-dudley

**Florida State University, Tallahassee, FL**
- Professor of Chemistry and Biochemistry     2015–2016
- Associate Department Chair     2012–2016
- Associate Professor of Organic Chemistry     2008–2015
  - Raymond Cottrell Family Professor     2008–2012
- Assistant Professor of Organic Chemistry     2002–2008

**Florida A&M University, Tallahassee, FL**
- Graduate Faculty of Pharmacy and Pharmaceutical Sciences     2016

**University of Ottawa, Canada**
- Visiting Professor of Organic Chemistry     2011

## Education and Professional Development

**Sloan-Kettering Institute for Cancer Research, New York, NY**
- NIH Postdoctoral Fellow, 2000–2002
- Molecular Pharmacology and Chemistry Program
- *Advisor:* Professor Samuel J. Danishefsky
- Research Topic: *Total Synthesis of Guanacastepene A*

**Massachusetts Institute of Technology, Cambridge, MA**
- September 1995 to August 2000
- Ph.D. in Organic Chemistry
- *Research Advisor:* Professor Rick L. Danheiser
- Thesis: *A Total Synthesis of (–)-Ascochlorin*

**Florida State University, Tallahassee, FL**
- August 1991 to May 1995
- B.A. degree in Chemistry, with Honors - *magna cum laude*
- *Research Advisor:* Professor Martin A. Schwartz

1

**University of Kansas, Lawrence, KS**
- June 1994 to August 1994
- NSF-REU (Research Experience for Undergraduates) Program
- *Research Advisor:* Professor Richard S. Givens

# Honors and Awards

- Eberly Family Distinguished Professorship, West Virginia University, 2016–present
- ACS DOC Executive Committee, Member-at-Large, 2019–2021
- Brodie Research Innovation Award, 2019–2020
- *Syngenta* Lecturer, Groupe D'Etudes de Chemie Organique 57, Ascain, France, 2016
- *CEM Corporation* Lecturer, Georgia State University, 2015
- *Organic Syntheses* Lecturer, University of New Hampshire, 2012
- Raymond Cottrell Family Professor, 2008–2012
- Highlighted in Florida Trend Magazine, "Person to Watch", 2010
- FSU Developing Scholar Award, 2010
- FSU Undergraduate Teaching Award, 2010
- FSU Research Foundation GAP Award, 2008
- FSU Innovator Award, 2006, 2007, 2008, 2010, 2012
- Featured in Tallahassee Magazine, "The New Establishment", 2006
- Thieme Publishers Journal Award, 2006
- ORAU Ralph E. Powe Junior Faculty Enhancement Award, 2004
- Research Corporation Research Innovation Award, 2004
- FSU First-Year Assistant Professor Award, 2003
- NIH Postdoctoral Fellowship, 2000–2002
- Bristol-Myers Squibb Predoctoral Fellowship, 1999–2000
- Roche Award for Excellence in Organic Chemistry, 1999
- Boehringer Ingelheim Predoctoral Fellowship, 1997–1998
- MIT Chemistry Outreach Fellowship, 1997

# Professional Activities

- Department Chair: Bennett Department of Chemistry, 2016–present
  Responsible for management and leadership direction of the chemistry department in keeping with the mission vision of WVU.
- Eberly College Social Justice Think Tank, Founding Member, 2020–present
  One of the founding members of the Social Justice Think Tank, helping chart a course for the Eberly College in the broad and inclusive area of social justice. My particular focus is on faculty evaluations: helping create policy to ensure that contributions related to social justice, equity and inclusion, and publicly engagement scholarship are recognized and rewarded.
- WVU Inclusive Hiring Initiative, Facilitator, 2020–present
  Trained facilitator in a Provost Office initiative, coordinated through the WVU ADVANCE Center, to promote equitable and inclusive hiring practices that lead to better representational diversity and a stronger faculty.
- Editorial Board Member, *Molecules*, 2021–present
  Section Editor for Microwave Chemistry, then Organic Chemistry section of *Molecules*, a leading international peer-reviewed open access journal of chemistry. *Molecules* is published semimonthly online by MDPI, a non-profit organization.

2

- Independent science policy consultant and expert witness, 2012–present
  Public sector work toward better science-based policies and practices. Consulted on >100 Federal drug cases and testified >30 times related to the regulatory challenges of emerging designer drugs; helped draft an Amicus brief for the US Supreme Court in the case of McFadden v. US; worked successfully with a non-profit organization and the White House on a clemency case; and twice provided expert opinion testimony before the US Sentencing Commission in Washington: recommendations included categorical coverage of cathinones and cannabinoids as now reflected in the US Sentencing Guidelines.
- Member of the ACS, 1996–present
  American Chemical Society
- ACS DOC Executive Committee, Member-at-Large, 2019–2021
  Serve on the Executive Committee for the American Chemical Society Division of Organic Chemistry, with duties including strategic planning and coordination of ACS DOC activities; selected by national election of ACS DOC members.
- Conference Organizer: Enabling Technology for Reactions and Processes, 2015–2017
  Initiated and coordinated an annual workshop for synthetic and physical organic chemists on modern tools and methods for chemical synthesis. This workshop was part of the Telluride Science Research Center (TSRC) summer conference series in Telluride, CO.
- Associate Chair: FSU Department Curriculum, 2012–2016
  Responsible for curriculum design, teaching assignments, instructor supervision, course creation and approval, and other duties.
- Faculty Advisor: FSU Chemistry Outreach, 2004–2013
  Initiated and currently serve as faculty mentor for a program in which graduate students visit area high schools, interact with students in the chemistry classes, and perform demonstrations
- Faculty Advisor: FSU Alpha Phi Omega, 2007–2013
  Serve as faculty advisor and mentor for the FSU chapter of Alpha Phi Omega (AΦΩ), the national undergraduate service fraternity.
- Faculty Advisor: FSU BioDiesel Initiative, 2008–2010
  Served as faculty advisor and mentor for a group of undergraduate students as they built a reactor for converting used fry grease into usable biodiesel fuel for campus vehicles
- Faculty Advisor: FSU ChemPreneurs pilot program, 2009
  Led a ChemPreneur team, comprising a chemistry graduate student and a business school entrepreneur student, in the development of a business plan based on chemical technology

# Classroom Teaching

*West Virginia University*

- Instructor: Introduction to Chemistry, CHEM 110
  Course Description: preparatory chemistry course for aspiring science majors (2021)
- Instructor: Advanced Organic Chemistry 2, CHEM 532
  Course Description: graduate-level chemistry course focused on organic synthesis (2022)

*Florida State University*

- Instructor: General Chemistry I, CHM 1045C
  Course Description: introductory chemistry course for science majors (2004–2005, 2007)
- Instructor: Survey of Organic Chemistry, CHM 2200
  Course Description: one-semester organic chemistry for allied health majors (2011–2013)
- Instructor: Organic Chemistry I, CHM 2210
  Course Description: introductory undergraduate organic chemistry course (2010, 2015x2)
- Instructor: Organic Chemistry II, CHM 2211
  Course Description: second-semester undergraduate organic chemistry course (2009)

3

• Instructor: Honors Organic Chemistry I, CHM 2210
    Course Description: undergraduate organic chemistry course for honors students (2007–2008)
• Instructor: Honors Organic Chemistry II, CHM 2211
    Course Description: undergraduate organic chemistry course for honors students (2008–2009)
• Instructor: Advanced Organic Chemistry — Reactions, CHM 5226
    Course Description: graduate course on important organic methodology (2002–2006, 2011)
• Instructor: Synthetic Organic Chemistry, CHM 5250
    Course Description: graduate course on organic reactions and synthesis (2014x2)
• Instructor: Chemical Reactivity — Bioorthogonal Chemistry, CHM 5555
    Course Description: graduate course on a cutting-edge topic in the chemical sciences (2012)

*University of Ottawa*
• Instructor: Advanced Topics in Organic Chemistry: Alkynes, CHM 8304J (2011)
    Course Description: graduate course on modern alkyne chemistry (2011)

# Research Associates

*Graduate Students*

| | |
|---|---|
| Amir Tavakoli | 5th year student, from Sharif Univ. of Technology, Iran |
| Bobby Gaston | 5th year student, from Franklin & Marshall College |
| Kh Tanvir Ahmed | 2nd year student, from Duquesne University, PA |

*Undergraduate Students*

| | |
|---|---|
| Marisa Organiscak | Junior CHEM 497 research student |
| Samantha Shornack | Junior CHEM 497 research student |
| Kayla Baselj | Sophomore WVU RAP HONR 297 student |
| Jada Berg | First-year WVU RAP HONR 297 student |

*Previous Group Members*

*Former postdoctoral associates:*

| | |
|---|---|
| Dr. Michael P. Frasso, 08/2018–05/2020 | Tung Hoang, Ph.D. 2015 |
| Dr. Paratchata "Tae" Batsomboon, 06/2017– 12/2019 | Rimantas Slegeris, Ph.D. 2015 |
| | Michael R. Rosana, Ph.D. 2014 |
| Prof. Gaspar Diaz Muñoz, 01/2012–01/2013 | Marilda P. Lisboa, Ph.D. 2013 |
| Dr. Jumreang Tummatorn, 12/2009–06/2011 | Jingyue Yang, Ph.D. 2011 |
| Dr. Philip A. Albiniak, 08/2006 – 02/2009 | Sami F. Tlais, Ph.D. 2011 |
| Dr. Jeannie H. Jeong, 08/2007 – 12/2008 | David M. Jones, Ph.D. 2009 |
| Dr. Sreenivas Katukojvala, 08/2005–07/2006 | Douglas A. Engel, Ph.D. 2009 |
| Dr. Kevin Wing C. Poon, 01/2004 – 06/2006 | Mariya V. Kozytska, Ph.D. 2008 |
| Dr. Shin Kamijo, 01/2004 – 03/2006 | Susana S. Lopez, M.S. 2009 |
| Dr. Timothy F. Briggs, 10/2003 – 10/2005 | Daniella M. Barker, M.S. 2009 |
| Dr. Hubert T.-C. Lam, 01/2003 – 09/2005 | Dena R. Hodges, M.S. 2008 |
| | Ernest O. Nwoye, M.S. 2008 |
| | Samuel G. Salamone, M.S. 2005 |

*Former graduate students:*

| | |
|---|---|
| Alexa C. Martin, Ph.D. 2022 | *Selected former undergraduate students:* |
| Harvey F. Fulo, Ph.D. 2021 | Alex Ziegelmeier, B.S. 2020 |
| Ron R. Ramsubhag, Ph.D. 2017 | Chelsea Massaro, B.S. Honors 2016 |
| Alec Morrison, Ph.D. 2017 | Apiwat Wangweerawong, B.S. Honors 2011 |
| Paratchata "Tae" Batsomboon, Ph.D. 2016 | Cecelia C. O'Leary, B.S. Honors 2010 |

4

Sarah E. House, B.S. Honors 2005
James D. Sunderhaus, B.S. Honors 2003
Andrew Janeczek, B.S. 2016
Christina Dadich, B.S. 2015
Taylor Southworth, B.S. 2013
Colleen Keohane, B.S. 2013
Rojay Gordon, B.S. 2013
Janet Simon, B.S. 2012
Claudia R. Avalos, B.S. 2010
Shawn M. Amisial, B.S. 2007
Jeananne A. Singletary, B.S. 2004

*CHM 1051L (honors first-year) students*:
Margaret E. Matthews (2007), Joseph P. Hernandez (2007), Alyson W. West (2008), Edward F. Kuester (2008), James Hoang (2013), Jillian Jones (2013)

*Visiting, exchange, and REU students*:
Jacqueline Pinkerton (REU 2022), Caitlin Thebeault (REU 2021), Chuthamat Duangkamol (RGJ Scholar, 2018-2019), Maria Vidaca (REU 2018), Morgan Vincent (REU 2018), Perez Youmbi (REU 2017), Mélodie Birepinte (2016), Suzan Al-Anwar (2015), Vincent Vedovato (2014), Andrew Royappa (2013), Vitchaphol "Ton" Motaneeyachart (2012), Sanpitcha "Jae" Siangsuebchart (2012), Cristiano Leandro (2012), Teng-wei Wang (2011), Tanit Intaranukulkit (2011), Thitiya "Whan" Patarakosol (2009), Viriya "Joy" Boonmuang (2009), Jumreang Tummatorn (RGJ Scholar, 2007–2008), Maureen K. Reilly (2006)

*Student Dissertations and Theses (with type and title)*

15. Alexa C. Martin (PhD, 2022) *"Synthesis and Cyclotrimerization of Sulfonyl Enynes."*
14. Harvey F. Fulo (PhD, 2021) *"Enabling Technologies for Medicinal Chemistry and Synthesis: I. Cannabinoids; II. Illudalic Acid; III. Microwave Chemistry."*
13. Nicholas Kramer (PhD, 2017) *"Reaction discovery using neopentylene-tethered coupling partners: methodology and applications of dienyne cycloisomerizations."*
12. Ron Ramsubhag (PhD, 2017) *"Applications of alkynogenic fragmentation products derived from vinylogous acyl triflates."*
11. Alec Morrison (PhD, 2017) *"Thermal cycloisomerizations of 1,6-enynes for the synthesis of illudinine and other high-value polycyclic aromatic structures."*
10. Paratchata "Tae" Batsomboon (PhD, 2016) *"Part I: Fragmentation reactions generating acycl-ic and cyclic alkynes. Part II: A second-generation formal synthesis of palmerolide A."*
9. Tung Hoang (PhD, 2015) *"Tandem processes involving an alkynogenic fragmentation and applications in sesquiterpene syntheses"*
8. Rimantas Slegeris (PhD, 2015) *"Process improvements in the total chemical synthesis of progesterone, and other synthetic studies"*
7. Michael R. Rosana (PhD, 2014) *"Selective heating of polar solutes in a homogeneous solution: evidence of microwave-specific effects and a method to quantify these effects"*
6. Marilda P. Lisboa (PhD, 2013) *"Formal synthesis of palmerolide A using fragmentation methodology"*
5. Jingyue Yang (PhD, 2011) *"Anionic rearrangement of 2-benzyloxypyridine derivatives and a synthetic approach to aldingenin B"*
4. Sami F. Tlais (PhD, 2011) *"I. para-Siletanylbenzyl (PSB) protecting group II. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolides H, E, and F"*
3. David M. Jones (PhD, 2009) *"Addition / C–C bond cleavage reactions of vinylogous acyl triflates and their application to natural products synthesis"*
2. Douglas A. Engel (PhD, 2009) *"Organic synthesis and methodology related to the malaria drug artemisinin"*
1. Mariya V. Kozytska (PhD, 2008) *"I. Siletanylmethyllithium, an ambiphilic siletane. II. Synthetic approach to basiliolide B"*
• Kristen Nerbecki (MS, 2022) *"Tandem Addition/Fragmentation Reactions of Vinylogous Acyl Sulfonates"*

- Susana S. Lopez (MS, 2009) *"Methodology for the olefination of aldehydes and ketones via the Meyer-Schuster reaction"*
- Samuel G. Salamone (MS, 2005) *"A ring expansion approach to roseophilin"*
- Chelsea Massaro (BS, Honors 2016) *"gem-Dimethylcyclopentane-fused pharmacophores"*
- Apiwat Wangweerawong (BS, Honors 2011) *"Scope of a novel [1,2]-anionic rearrangement of 2-benzyloxypyridine derivatives"*
- Cecelia C. O'Leary (BS, Honors 2010) *"A novel protocol for the synthesis of aryl Grignard reagents at low heat"*
- Sarah E. House (BS, Honors 2005) *"para-Siletanylbenzyl: a novel hydroxyl protecting group"*

# Publications

***Dudley Lab Original Research Publications:*** (undergraduate co-authors underlined)

- Martin, A. C.; Nerbecki, K. S.; Wabler, G. O.; Dudley, G. B. Tandem Fragmentation / Olefination for Production of Neopentylene-Tethered 1,6-Enynes from Dimedone. *manuscript submitted.*

- Tavakoli, A.; Dudley, G. B. Synthesis of Coprinol and Several Alcyopterosin Sesquiterpenes by Regioselective [2 + 2 + 2] Alkyne Cyclotrimerization. *manuscript submitted.*

(95) Tavakoli, A.; Dudley, G. B. Synthesis of 4,4-dimethyl-1,6-heptadiyne and other neopentylene-tethered (NPT) 1,6-diynes. *J. Org. Chem.* **2022**, *87*, 5775–5784.
DOI: 10.1021/acs.joc.2c00110
https://pubs.acs.org/doi/full/10.1021/acs.joc.2c00110

(94) Blake, M. R.; Gardner, R. T.; Jin, H.; Staffenson, M.; Rueb, N. J.; Barrios, A. M.; Dudley, G. B.; Cohen, M. S.; Habecker, B. A. Small molecules targeting PTPσ—Trk interactions promote sympathetic nerve regeneration. *ACS Chem. Neurosci.* **2022**, *13*, 688–699.
DOI: 10.1021/acschemneuro.1c00854
https://pubs.acs.org/doi/full/10.1021/acschemneuro.1c00854

(93) Tavakoli, A.; Stiegman, A. E.; Dudley, G. B. Mixed solvent system for selective microwave heating: accelerated thermal reaction kinetics of a microwave-transparent substrate. *Phys. Chem. Chem. Phys.* **2022**, *24*, 2794–2799.          (*PCCP* HOT Article)
DOI: 10.1039/D1CP04883J
https://pubs.rsc.org/en/content/articlelanding/2022/CP/D1CP04883J

(92) Fulo, H. F.; Rueb, N. J.; Gaston, R., Jr.; Batsomboon, P.; Ahmed, K. T.; Barrios, A. M.; Dudley, G. B. Synthesis of illudalic acid and analogous phosphatase inhibitors. *Org. Biomol. Chem.* **2021**, *19*, 10596–10600.
DOI: 10.1039/d1ob02106k
https://pubs.rsc.org/en/content/articlelanding/2021/ob/d1ob02106k

(91) Zhang, L.; Jin, T.; Guo, Y.; Martin, A. C.; Sun, K.; Dudley, G. B.; Yang, J. Synthesis of *gem*-dimethylcyclopentane-fused arenes with various topologies via TBD-mediated dehydro-Diels-Alder reaction. *J. Org. Chem.* **2021**, *86*, 16716–16724.
DOI: 10.1021/acs.joc.1c01957
https://pubs.acs.org/doi/abs/10.1021/acs.joc.1c01957

(90) Martin, A. C.; Rogers, J. A.; Batsomboon, P.; Morrison, A. E.; Ramsubhag, R.; Popp, B. V.; Dudley, G. B. Benzannulation and hydrocarboxylation methods for the synthesis of a neopentylene-fused analogue of ibuprofen. *ACS Omega* **2021**, *6*, 30108–30114.
DOI: 10.1021/acsomega.1c04943
https://pubs.acs.org/doi/10.1021/acsomega.1c04943

(89) Fulo, H. F.; Shoeib, A.; Cabanlong, C. V.; Williams, A. H.; Zhan, C.-G.; Prather, P. L.; Dudley, G. B. Synthesis, molecular pharmacology, and structure-activity relationships of 3-(indanoyl)indoles as selective cannabinoid type 2 receptor antagonists. *J. Med. Chem.* **2021**, *64*, 6381–6396.
DOI: 10.1021/acs.jmedchem.1c00442
https://pubs.acs.org/doi/10.1021/acs.jmedchem.1c00442
• Highlighted in *Synfacts* **2021**, *17*, 0816; DOI: 10.1055/s-0040-1719639

(88) Tao, Y.; Teng, C.; Musho, T. D.; van de Burgt, L. J.; Lochner, E.; Heller, W. T.; Strouse, G. F.; Dudley, G. B.; Stiegman, A. E. Direct measurement of the selective microwave-induced heating of agglomerates of dipolar molecules: the origin of and parameters controlling a microwave specific superheating effect. *J. Phys. Chem. B* **2021**, 125, 2146–2156.
DOI: 10.1021/acs.jpcb.0c10291
https://pubs.acs.org/doi/10.1021/acs.jpcb.0c10291

(87) Tavakoli, A.; Dudley, G. B. Synthesis of 4,4-dimethyl-1,6-heptadiyne and alcyopterosin O. *Org. Lett.* **2020**, *22*, 8947–8951.
DOI: 10.1021/acs.orglett.0c03356
https://pubs.acs.org/doi/full/10.1021/acs.orglett.0c03356

(86) Gaston, R., Jr.; Geldenhuys, W. J.; Dudley, G. B. Synthesis of illudinine from dimedone and identification of activity as a monoamine oxidase inhibitor. *J. Org. Chem.* **2020**, *85*, 13429–13437.                     (Featured Article)
DOI: 10.1021/acs.joc.0c01301
https://pubs.acs.org/doi/10.1021/acs.joc.0c01301

(85) Frasso, M. A.; Stiegman, A. E.; Dudley, G. B. Microwave-specific acceleration of a retro-Diels-Alder reaction. *Chem. Commun.* **2020**, *56*, 11247–11250.
DOI: 10.1039/d0cc04584e
https://pubs.rsc.org/en/content/articlelanding/2020/CC/D0CC04584E
*Chemistry World* feature article: https://www.chemistryworld.com/news/retro-diels-alder-study-links-solvent-viscosity-to-reaction-rate-under-microwave-heating/4012425.article

(84) Fulo, H. F.; Vincent, M. A.; Stiegman, A. E.; Dudley, G. B. Cooperative application of conventional and microwave heating. *Asian J. Org. Chem.* **2020**, *9*, 961–966.
DOI: 10.1002/ajoc.202000157
https://onlinelibrary.wiley.com/doi/abs/10.1002/ajoc.202000157

(83) Frasso, M. A.; Stiegman, A. E.; Dudley, G. B. International perspectives on microwave heating in organic synthesis. *Kagaku to Kogyo* (*Chemistry and Chemical Industry*, ISSN: 0368-5918) **2020**, *73*, 244–245.
(invited contribution to special issue on microwave chemistry)

(82) McCullough, B. S.; Batsomboon, P.; Hutchinson, K. B.; Dudley, G. B.; Barrios, A. M. Synthesis and PTP inhibitory activity of illudalic acid and its methyl ether, with insights into selectivity for LAR PTP over other tyrosine phosphatases under physiologically relevant conditions. *J. Nat. Prod.* **2019**, *82*, 3386–3393.
https://pubs.acs.org/doi/full/10.1021/acs.jnatprod.9b00663

(81) Yang, J.; Guo, Y.; Wang, J.; Dudley, G. B.; Sun, K. DFT study on the reaction mechanism and regioselectivity for the [1,2]-anionic rearrangement of 2-benzyloxypyridine derivatives. *Tetrahedron* **2019**, *75*, 4451–4457.
https://www.sciencedirect.com/science/article/pii/S0040402019306787

(80) Duangkamol, C.; Batsomboon, P.; Stiegman, A. E.; Dudley, G. B. Microwave heating outperforms conventional heating for a thermal reaction that produces a thermally labile product: Observations consistent with selective microwave heating. *Chem.–Asian J.* **2019**, *14*, 2594–2597. DOI: 10.1002/asia.201900625
https://onlinelibrary.wiley.com/doi/abs/10.1002/asia.201900625

(79) Yang, J.; Hoang, T. T.; Dudley, G. B. Alkynogenic fragmentation. *Org. Chem. Front.* **2019**, *6*, 2560–2569.
https://pubs.rsc.org/en/content/articlelanding/2019/qo/c9qo00266a/

(78) Fulo, H. F.; Albiniak, P. A.; Dudley, G. B. Discussion Addendum for Protection of Alcohols using 2-Benzyloxy-1-methylpyridinium Trifluoromethanesulfonate: Methyl (*R*)-(-)-3-Benzyloxy-2-methyl Propanoate. *Org. Synth.* **2019**, *96*, 124–136.
http://orgsyn.org/Content/pdfs/procedures/v96p0124.pdf

(77) Hayes, K.; Batsomboon, P.; Chen, W.-C. Becker, A.; Escherich, S.; Yang, Y.; Robart, A. R.; Dudley, G. B.; Geldenhuys, W. J.; Hazlehurst. L. A. Inhibition of the FAD containing ER oxidoreductin 1 (Ero1) protein by EN-460, a strategy for treatment of multiple myeloma. *Bioorg. Med. Chem.* **2019**, *27*, 1479–1488.
https://www.sciencedirect.com/science/article/pii/S0968089618318856

(76) dos Passos Gomes, G.; Morrison, A. E.; Dudley, G. B.; Alabugin, I. V. Optimizing amine-mediated alkyne-allene isomerization to improve benzannulation cascades: synergy between theory and experiments. *Eur. J. Org. Chem.* **2019**, *2/3*, 512–518.
(Special Issue: Organic Reaction Mechanisms)
https://onlinelibrary.wiley.com/doi/10.1002/ejoc.201801052

(75) El Anwar, S.; Laila, Z.; Ramsubhag, R.; Tlais, S.; Safa, A.; Dudley, G.; Naoufal, D. Synthesis and characterization of click-decahydrodecaborate derivatives by the copper(I) catalyzed [3+2] azide-alkyne cycloaddition reaction. *J. Organomet. Chem.* **2018**, *865*, 89–94.            (Special Issue: Organometallic Chemistry of Boranes and Carboranes)
https://www.sciencedirect.com/science/article/pii/S0022328X18300482

(74) Dudley, G. B.; Stiegman, A. E. Changing perspectives on the strategic use of microwave heating in organic synthesis. *Chem. Rec.* **2018**, *18*, 381–389.
DOI: 10.1002/tcr.201700044
http://onlinelibrary.wiley.com/doi/10.1002/tcr.201700044/abstract

(73) Kramer, N. J.; Hoang, T. T.; Dudley, G. B. Reaction discovery using neopentylene-tethered coupling partners: cycloisomerization/oxidation of electron-deficient dienynes. *Org. Lett.* **2017**, *19*, 4636–4639.
http://pubs.acs.org/doi/abs/10.1021/acs.orglett.7b02261

(72) Morrison, A. E.; Hoang, T. T.; Birepinte, M.; Dudley, G. B. Synthesis of illudinine from dimedone. *Org. Lett.* **2017**, *19*, 858–861.
http://pubs.acs.org/doi/abs/10.1021/acs.orglett.6b03887
https://doi.org/10.1021/acs.orglett.6b03887

(71) Wu, Y.; Gagnier, J.; Dudley, G. B.; Stiegman, A. E. The "chaperone" effect in microwave-driven reactions. *Chem. Commun.* **2016**, *52*, 11281–11283.
http://pubs.rsc.org/en/content/articlelanding/2016/cc/c6cc06032c#!divAbstract

8

(70) Ramsubhag, R. R.; <u>Massaro</u>, C. L.; <u>Dadich</u>, C. M.; <u>Janeczek</u>, A. J.; Hoang, T. T.; Mazzio, E. A.; Eyunni, S.; Soliman, K. F. A.; Dudley, G. B. Synthesis of "neoprofen", a rigidified analogue of ibuprofen, exemplifying synthetic methodology for altering the 3-D topology of pharmaceutical substances. *Org. Biomol. Chem.* **2016**, *14*, 7855–7858.

(Themed collection: Contemporary Synthetic Chemistry in Drug Discovery)
http://pubs.rsc.org/en/content/articlelanding/2016/ob/c6ob01351a

(69) Morrison, A. E.; Hrudka, J. J.; Dudley, G. B. Thermal cycloisomerization of putative allenylpyridines for the synthesis of isoquinoline derivatives. *Org. Lett.* **2016**, *18*, 4104–4107.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b02034

(68) Batsomboon, P.; Dudley, G. B. Synthesis of C1-C15 of palmerolide A: tactical advances that can lead to better design strategies for polyketide synthesis. *Tetrahedron Lett.* **2016**, *57*, 3757–3759.
http://www.sciencedirect.com/science/article/pii/S0040403916308358

(67) Hoang, T. T.; Birepinte, M.; Kramer, N. J.; Dudley, G. B. Six-step synthesis of alcyopterosin A, a bioactive illudalane sesquiterpene with a *gem*-dimethylcyclopentane ring. *Org. Lett.* **2016**, *18*, 3470–3473.
http://pubsdc3.acs.org/doi/abs/10.1021/acs.orglett.6b01665

(66) Slegeris, R; Dudley, G. B. Alternative synthetic approaches to *rac*-progesterone by way of the classic Johnson cationic polycyclization strategy. *Tetrahedron* **2016**, *72*, 3666–3672.

(Special issue: Tetrahedron Young Investigator Award Symposium in Print)
http://www.sciencedirect.com/science/article/pii/S0040402016301739

(65) Ramsubhag, R. R.; Dudley, G. B. Orthogonal dual-click diyne for CuAAC and/or SPAAC couplings. *Org. Biomol. Chem.* **2016**, *14*, 5028–5031.
http://pubs.rsc.org/en/content/articlelanding/2014/ob/c6ob00795c

(64) Wright, A. K.; Batsomboon, P.; Dai, J.; Hung, I.; Zhou, H.-X.; Dudley, G. B.; Cross, T. A. Differential binding of rimantadine enantiomers to influenza A M2 proton channel. *J. Am. Chem. Soc.* **2016**, *138*, 1506–1509.
http://pubs.acs.org/doi/abs/10.1021/jacs.5b13129

(63) Ferrari, J.; Hunt, J.; Stiegman, A. E.; Dudley, G. B. Microwave-assisted superheating and/or microwave-specific superboiling (nucleation-limited boiling) of liquids occurs under certain conditions but is mitigated by stirring. *Molecules* **2015**, 20, 21671–21680.

(Special Issue: Microwave-Assisted Organic Synthesis)
http://www.mdpi.com/1420-3049/20/12/19793

(62) Diaz Muñoz, G.; Dudley, G. B. Synthesis of 1,2,3,4-tetrahydroquinolines including angustureine and congeneric alkaloids. *Org. Prep. Proc. Intl.* **2015**, *47*, 179–206.
http://dx.doi.org/10.1080/00304948.2015.1025012

(61) Dudley, G. B.; Richert, R.; Stiegman, A. E. On the Existence of and Mechanism for Microwave-Specific Reaction Rate Enhancement. *Chem. Sci.* **2015**, *6*, 2144–2152.
http://pubs.rsc.org/en/content/articlelanding/2015/sc/C4SC03372H

(60) Rizkallah, R.; Batsomboon, P.; Dudley, G. B.; Hurt, M. The Oncogenic Kinase TOPK/PBK is a Master Mitotic Regulator of C2H2 Zinc Finger Proteins. *Oncotarget* **2015**, *6*, 1446–1461.
http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4359306/
*FSU Press Releases:*
"*Researchers collaborate to identify 'master regulator' in cell division*"
http://medicalxpress.com/news/2015-03-collaborate-master-cell-division.html

"*Working together to unmask 'Enzyme X'*"
http://issuu.com/fsumed/docs/fsu_med_spring_2015_final/7?e=0

(59) Chen, P.-K.; Rosana, M. R.; Dudley, G. B.; Stiegman, A. E. Parameters affecting the microwave-specific acceleration of a chemical reaction. *J. Org. Chem.* **2014**, *79*, 7425–7436.
http://pubs.acs.org/doi/abs/10.1021/jo5011526
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles

(58) Rosana, M. R.; Hunt, J.; Ferrari, A.; Southworth, T.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. Microwave-Specific Acceleration of a Friedel–Crafts Reaction: Evidence for Selective Heating in Homogeneous Solution. *J. Org. Chem.* **2014**, *79*, 7437–7450.
http://pubs.acs.org/doi/abs/10.1021/jo501153r
Featured in *Chemical and Engineering News* **2014**, *92*, issue 32, 23.
http://cen.acs.org/articles/92/i32/Microwaves.html
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/2014/09/debate-over-microwave-specific-heating-rumbles
GEOSET <http://www.geoset.info/> video presentations on selective microwave heating:
http://goo.gl/jVhVSC, http://goo.gl/nbECVu, http://goo.gl/o3qN3U, http://goo.gl/OdXeY0

(57) Gold, B. A.; Batsomboon, P.; Dudley, G. B.; Alabugin, I. V. Alkynyl crown ethers as a scaffold for hyperconjugative assistance in non-catalyzed azide-alkyne click reactions: ion sensing through enhanced transition state stabilization. *J. Org. Chem.* **2014**, *79*, 6221–6232.
http://pubs.acs.org/doi/abs/10.1021/jo500958n

(56) Lisboa, M. P.; Dudley, G. B. Synthesis of cytotoxic palmerolides. *Chem.–Eur. J.* **2013**, *19*, 16146–16168.
http://onlinelibrary.wiley.com/doi/10.1002/chem.201302167/abstract

(55) Hoang, T. T.; Dudley, G. B. Synthesis of high-value 1,6-enynes by tandem fragmentation / olefination. *Org. Lett.* **2013**, *15*, 4026–4029.
http://pubs.acs.org/doi/abs/10.1021/ol401839e

(54) Dudley, G. B.; Stiegman, A. E.; Rosana, M. R. Correspondence on microwave effects in organic synthesis. *Angew. Chem. Int. Ed.* **2013**, *52*, 7918–7923.
http://onlinelibrary.wiley.com/doi/10.1002/anie.201301539/abstract
A response to the Essay: Kappe, C. O.; Pieber, B.; Dallinger, D. Microwave Effects in Organic Synthesis—Myth or Reality? *Angew. Chem. Int. Ed.* **2013**, *52*, 1088–1094.
http://onlinelibrary.wiley.com/doi/10.1002/anie.201204103/full
Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.
http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(53) Lisboa, M. P.; Jones, D. M.; Dudley, G. B. Formal synthesis of palmerolide A, featuring alkynogenic fragmentation and *syn*-selective vinylogous aldol chemistry. *Org. Lett.* **2013**, *15*, 886–889.
http://pubs.acs.org/doi/abs/10.1021/ol400014e

(52) Gold, B.; Dudley, G. B.; Alabugin, I. V. Moderating strain without sacrificing reactivity: Design of fast and tunable noncatalyzed alkyne-azide cycloadditions via stereoelectronically controlled transition state stabilization. *J. Am. Chem. Soc.* **2013**, *135*, 1558–1569.
http://pubs.acs.org/doi/abs/10.1021/ja3114196

(51) Tummatorn, J.; Diaz Muñoz, G.; Dudley, G. B. Synthesis of (–)-(*R*)-angustureine by formal alkynylation of a chiral ß-amino ester. *Tetrahedron Lett.* **2013**, *54*, 1312–1314.
http://www.sciencedirect.com/science/article/pii/S0040403913000099#

(50) Tlais, S. F.; Dudley, G. B. On the proposed structures and stereocontrolled synthesis of the cephasporolides. *Beilstein J. Org. Chem.* **2012**, *8*, 1287–1292.
http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-8-146

(49) Yang, J.; Wangweerawong, A.; Dudley, G. B. [1,2]-Wittig rearrangement of aromatic heterocycles. *Heterocycles*, **2012**, *85*, 1603–1606.
http://www.heterocycles.jp/newlibrary/libraries/fulltext/22358/85/7

(48) Batsomboon, P.; Gold, B. A.; Alabugin, I. V. Dudley, G. B. Tandem nucleophilic addition/fragmentation of vinylogous acyl nonaflates for the synthesis of functionalized alkynes, with new mechanistic insight. *Synthesis* **2012**, *44*, 1818–1824.
(Special Topic: Tandem Transformations in Organic Synthesis.)
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290945

(47) Lisboa, M. P.; Jeong-Im, J. H.; Jones, D. M.; Dudley, G. B. Toward a new palmerolide assembly strategy: synthesis of C16–C24. *Synlett*, **2012**, *23*, 1493–1496.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0031-1290675

(46) Tummatorn, J.; Batsomboon, P.; Clark, R. J.; Alabugin, I. V.; Dudley, G. B. Strain-promoted azide–alkyne cycloadditions of benzocyclononynone. *J. Org. Chem.* **2012**, *77*, 2093–2097.
http://pubs.acs.org/doi/abs/10.1021/jo300188y

(45) Rosana, M. R.; Tao, Y.; Stiegman, A. E.; Dudley, G. B. On the rational design of microwave-actuated organic reactions. *Chem. Sci.* **2012**, *3*, 1240–1244.
http://pubs.rsc.org/en/content/articlelanding/2012/sc/c2sc01003h
Featured in *Chemistry World*:
http://www.rsc.org/chemistryworld/News/2012/February/microwave-effects-in-organic-reactions.asp
Featured in *Chemical and Engineering News* **2014**, *92*, issue 4, 26–28.
http://cen.acs.org/articles/92/i4/Microwave-Chemistry-Remains-Hot-Fast.html

(44) Gold, B.; Shevchenko, N. E.; Bonus, N.; Dudley, G. B.; Alabugin, I. V. Selective transition state stabilization via hyperconjugative assistance: stereoelectronic concept for copper-free click chemistry. *J. Org. Chem.* **2012**, *77*, 75–89.
http://pubs.acs.org/doi/abs/10.1021/jo201434w

(43) Wang, T.; Intaranukulkit; T.; Rosana, M. R.; Slegeris, R.; Simon, J.; Dudley, G. B. Microwave-assisted benzyl-transfer reactions of commercially available 2-benzyloxy-1-methylpyridinium triflate. *Org. Biomol. Chem.* **2012**, *10*, 248–250.
http://pubs.rsc.org/en/Content/ArticleLanding/2012/OB/C1OB06504A

(42) Lisboa, M. P.; Hoang, T. T.; Dudley, G. B. Tandem nucleophilic addition / fragmentation of vinylogous acyl triflates: 2-methyl-2-(1-oxo-5-heptynyl)-1,3-dithiane. *Org. Synth.* **2011**, *88*, 353–363.
http://www.orgsyn.org/orgsyn/pdfs/v88p0353.pdf

(41) Yang, J.; Tummatorn, J.; Slegeris, R.; Tlais, S. F.; Dudley, G. B. Synthesis of the tricyclic core of aldingenin B by oxidative cyclo-ketalization of an alkyne-diol. *Org. Lett.* **2011**, *13*, 2065–2067.
http://pubs.acs.org/doi/abs/10.1021/ol200421s

(40) Tlais, S. F.; Dudley, G. B. A gold-catalyzed alkyne-diol cycloisomerization for the synthesis of oxygenated 5,5-spiroketals. *Beilstein J. Org. Chem.* **2011**, *7*, 570–577.

http://www.beilstein-journals.org/bjoc/content/7/1/66

(39) Tummatorn, J.; Dudley, G. B. Generation of medium-ring cycloalkynes by ring expansion of vinylogous acyl triflates. *Org. Lett.* **2011**, *13*, 1572–1575.
http://pubs.acs.org/doi/abs/10.1021/ol2003308

(38) Tummatorn, J.; Dudley, G. B. Stereodefined homopropargyl amines by tandem nucleophilic addition/fragmentation of dihydropyridone triflates. *Org. Lett.* **2011**, *13*, 158–160.
http://pubs.acs.org/doi/abs/10.1021/ol102760q

(37) Yang, J.; Dudley, G. B. Pyridine-directed organolithium addition to an enol ether. *Adv. Synth. Catal.* **2010**, *352*, 3438–3442.
http://onlinelibrary.wiley.com/doi/10.1002/adsc.201000495/abstract

(36) Tlais, S. F.; Dudley, G. B. Stereocontrol of 5,5-spiroketals in the synthesis of cephalosporolide H epimers. *Org. Lett.* **2010**, *12*, 4698–4701.
http://pubs.acs.org/doi/abs/10.1021/ol102201z

(35) Jones, D. M.; Dudley, G. B. An open-and-shut strategy: preparation of benzo-fused indanes by ring-opening of a vinylogous acyl triflate and metal-catalyzed Asao–Yamamoto benzannulation. *Tetrahedron* **2010**, *66*, 4860–4866.      (Symposium in Print special issue)
http://dx.doi.org/10.1016/j.tet.2010.03.014

(34) Jones, D. M.; Lisboa, M. P.; Kamijo, S.; Dudley, G. B. Ring opening of cyclic vinylogous acyl triflates using stabilized carbanion nucleophiles: Claisen condensations linked to carbon–carbon bond cleavage. *J. Org. Chem.* **2010**, *75*, 3260–3267.
http://pubs.acs.org/doi/abs/10.1021/jo100249g

(33) Albiniak, P. A.; Dudley, G. B. New reagents for the synthesis of arylmethyl ethers and esters. *Synlett* **2010**, 841–851.                               (Account)
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1219531

(32) Jones, D. M.; Dudley, G. B. Synthesis of the C1–C15 region of palmerolide A using refined Claisen-type addition / bond cleavage methodology. *Synlett* **2010**, 223–226.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-0029-1218565

(31) Tlais, S. F.; Clark, R. J.; Dudley, G. B. A striking exception to the chelate model for acyclic diastereocontrol: efficient access to a versatile propargyl alcohol for chemical synthesis. *Molecules* **2009**, *14*, 5216–5222.                  (Special Issue: Asymmetric Synthesis)
http://mdpi.com/1420-3049/14/12/5216

(30) Yang, J.; Dudley, G. B. [1,2]-Anionic rearrangement of 2-benzyloxypyridine and related pyridyl ethers. *J. Org. Chem.* **2009**, *74*, 7998–8000.
http://pubs.acs.org/doi/abs/10.1021/jo901707x

(29) Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement for the synthesis of α,β-unsaturated carbonyls. *Org. Biomol. Chem.* **2009**, *7*, 4149–4158. (Perspective Article)
http://pubs.rsc.org/en/Content/ArticleLanding/2009/OB/b912099h

(28) Tlais, S. F.; Lam, H.; House, S. E.; Dudley, G. B. New strategies for protecting group chemistry: synthesis, reactivity, and indirect oxidative cleavage of *para*-siletanylbenzyl (PSB) ethers. *J. Org. Chem.* **2009**, *74*, 1876–1885.
http://pubs.acs.org/doi/abs/10.1021/jo802229p

(27) Lopez, S. S.; Dudley, G. B. Convenient method for preparing benzyl ethers and esters using 2-benzyloxypyridine. *Beilstein J. Org. Chem.* **2008**, *4*, No. 44; doi:10.3762/bjoc.4.44.
http://www.beilstein-journals.org/bjoc/single/articleFullText.htm?publicId=1860-5397-4-44

(26) Tummatorn, J.; Dudley, G. B. Ring opening / fragmentation of dihydropyrones for the synthesis of homopropargyl alcohols. *J. Am. Chem. Soc.* **2008**, *130*, 5050–5051.

http://pubs.acs.org/doi/abs/10.1021/ja801018r

(25) Kozytska, M. V.; Dudley, G. B. On the intramolecular pyrone Diels–Alder approach to basiliolide B. *Tetrahedron Lett.* **2008**, *49*, 2899–2901.
http://dx.doi.org/10.1016/j.tetlet.2008.03.031

(24) Engel, D. A.; Lopez, S. S.; Dudley, G. B. Lewis acid-catalyzed Meyer–Schuster reactions: methodology for the olefination of aldehydes and ketones. *Tetrahedron* **2008**, *64*, 6988–6996.
(Special issue: Synthetic Advances in Transition Metal-Catalyzed Bond-Forming Reactions)
http://dx.doi.org/10.1016/j.tet.2008.02.030

(23) Albiniak, P. A.; Amisial, S. M.; Dudley, G. B.; Hernandez, J. P.; House, S. E.; Matthews, M. E.; Nwoye, E. O.; Reilly, M. K.; Tlais, S. F. Stable oxypyridinium triflate (OPT) salts for the synthesis of halobenzyl ethers. *Synth. Commun.* **2008**, *38*, 656–665.
Dedicated to Prof Ken Goldsby for his support of undergraduate research at FSU.
http://www.tandfonline.com/doi/abs/10.1080/00397910701818362

(22) Tummatorn, J.; Albiniak, P. A.; Dudley, G. B. Synthesis of benzyl esters using 2-benzyloxy-1-methylpyridinium triflate. *J. Org. Chem.* **2007**, *72*, 8962–8964.
http://pubs.acs.org/doi/abs/10.1021/jo7018625

(21) Albiniak, P. A.; Dudley, G. B. Thermally generated phenylcarbenium ions: acid-free and self-quenching Friedel–Crafts reactions. *Tetrahedron Lett.* **2007**, *48*, 8097–8100.
http://dx.doi.org/10.1016/j.tetlet.2007.09.116

(20) Yang, J.; Dudley, G. B. Conjugate addition of organocopper reagents in dichloromethane to α,β-unsaturated esters. *Tetrahedron Lett.* **2007**, *48*, 7887–7889.
http://dx.doi.org/10.1016/j.tetlet.2007.08.105

(19) Dudley, G. B.; Engel, D. A.; Ghiviriga, I.; Lam, H.; Poon, K. W. C.; Singletary, J. A. Synthesis of dihydro-*epi*-deoxyarteannuin B. *Org. Lett.* **2007**, *9*, 2839–2842.
http://pubs.acs.org/doi/abs/10.1021/ol070992e

(18) Poon, K. W. C.; Albiniak, P. A.; Dudley, G. B. Protection of alcohols using 2-benzyloxy-1-methylpyridinium trifluoromethanesulfonate: methyl (*R*)-(–)-3-benzyloxy-2-methyl propanoate. *Org. Synth.* **2007**, *84*, 295–305.       (Featured in *ChemFiles* **2007**, *7*, 3.)
http://www.orgsyn.org/orgsyn/pdfs/V84P0295.pdf
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #679674

(17) Lopez, S. S.; Engel, D. A.; Dudley, G. B. The Meyer–Schuster rearrangement of ethoxyalkynyl carbinols. *Synlett* **2007**, 949–953.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2007-973885

(16) Nwoye, E. O.; Dudley, G. B. A method for the synthesis of *para*-methoxybenzyl (PMB) ethers under effectively neutral conditions. *Chem. Commun.* **2007**, 1436–1437.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=B617926F
Title reagent manufactured and marketed by Sigma–Aldrich Chemical Co, catalog #701440
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(15) Engel, D. A.; Dudley, G. B. Olefination of ketones using a gold(III)-catalyzed Meyer–Schuster rearrangement. *Org. Lett.* **2006**, *8*, 4027–4029.
http://pubs.acs.org/doi/abs/10.1021/ol0616743

(14) Kamijo, S.; Dudley, G. B. Cyclic vinylogous triflate hemiacetals as new surrogates for alkynyl aldehydes. *Tetrahedron Lett.* **2006**, *47*, 5629–5632.
http://dx.doi.org/10.1016/j.tetlet.2006.06.040

(13) Kamijo, S.; Dudley, G. B. Tandem nucleophilic addition/fragmentation reactions and synthetic versatility of vinylogous acyl triflates. *J. Am. Chem. Soc*. **2006**, *128*, 6499–6507.

13

http://pubs.acs.org/doi/abs/10.1021/ja0608085

(Addition/Correction: *J. Am. Chem. Soc.* **2010**, *132*, 8223.)

(12)  Poon, K. W. C.; Dudley, G. B. Mix-and-heat benzylation of alcohols using a bench-stable pyridinium salt. *J. Org. Chem.* **2006**, *71*, 3923–3927.
http://pubs.acs.org/doi/abs/10.1021/jo0602773
http://www.sigmaaldrich.com/chemistry/chemical-synthesis/technology-spotlights/dudley-reagents.html

(11)  Jones, D. M.; Kamijo, S.; Dudley, G. B. Grignard-triggered fragmentation of vinylogous acyl triflates: synthesis of (*Z*)-6-heneicosan-11-one, the Douglas fir tussock moth sex pheromone. *Synlett* **2006**, 936–938.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2006-939051

(10)  House, S. E.; Poon, K. W. C.; Lam, H.; Dudley, G. B. *p*-Siletanylbenzylidene acetal: oxidizable protecting group for diols. *J. Org. Chem.* **2006**, *71*, 420–422.
http://pubs.acs.org/doi/abs/10.1021/jo052015r

(9)  Kamijo, S.; Dudley, G. B. Claisen-type condensation of vinylogous acyl triflates. *Org. Lett.* **2006**, *8*, 175–177.
http://pubs.acs.org/doi/abs/10.1021/ol0527781

(8)  Poon, K. W. C.; House, S. E.; Dudley, G. B. A bench-stable organic salt for the benzylation of alcohols. *Synlett* **2005**, 3142–3144.
https://www.thieme-connect.com/ejournals/abstract/10.1055/s-2005-921898

(7)  Briggs, T. F.; Dudley, G. B. Synthesis of the floresolide B hydroquinone lactone core using ring-closing metathesis. *Tetrahedron Lett.* **2005**, *46*, 7793–7796.
http://dx.doi.org/10.1016/j.tetlet.2005.09.023

(6)  Salamone, S. G.; Dudley, G. B. A ring expansion approach to roseophilin. *Org. Lett.* **2005**, *7*, 4443–4445.
http://pubs.acs.org/doi/abs/10.1021/ol051730k

(5)  Kozytska, M. V.; Dudley, G. B. Siletanylmethyllithium: an ambiphilic organosilane. *Chem. Commun.* **2005**, 3047–3049.
http://www.rsc.org/publishing/journals/CC/article.asp?doi=b503110a

(4)  Lam, H.; House, S. E.; Dudley, G. B. The *para*-siletanylbenzyl (PSB) ether: a peroxide-cleavable protecting group for alcohols and phenols. *Tetrahedron Lett.* **2005**, *46*, 3283–3285.
http://dx.doi.org/10.1016/j.tetlet.2005.03.110

(3)  Kamijo, S.; Dudley, G. B. A tandem carbanion addition/carbon–carbon bond cleavage reaction yields alkynyl ketones. *J. Am. Chem. Soc.* **2005**, *127*, 5028–5029.
http://pubs.acs.org/doi/abs/10.1021/ja050663m

(2)  Singletary, J. A.; Lam, H.; Dudley, G. B. A succinct method for preparing the Stork–Jung vinylsilane Robinson annulation reagent. *J. Org. Chem.* **2005**, *70*, 739–741.
http://pubs.acs.org/doi/abs/10.1021/jo0480803

(1)  Sunderhaus, J. D.; Lam, H.; Dudley, G. B. Oxidation of carbon–silicon bonds: the dramatic advantage of strained siletanes. *Org. Lett.* **2003**, *5*, 4571–4573.
http://pubs.acs.org/doi/abs/10.1021/ol035695y

*Research publications from pre- and post-doctoral studies:*

•  Mandal, M.; Yun, H.; Dudley, G. B.; Lin, S.; Tan, D. S.; Danishefsky, S. J. Total synthesis of guanacastepene A: a route to enantiomeric control. *J. Org. Chem.* **2005**, *70*, 10619–10637.
http://pubs.acs.org/doi/full/10.1021/jo051470k

14

- Dudley, G. B.; Danishefsky, S. J.; Sukenick, G. On the use of deuterium isotope effects in chemical synthesis. *Tetrahedron Lett*. **2002**, *43*, 5605–5606.
  http://www.sciencedirect.com/science/article/pii/S0040403902011140
- Lin, S.; Dudley, G. B.; Tan, D. S.; Danishefsky, S. J. A stereoselective route to guanacastepene A via a surprising epoxidation. *Angew*. *Chem*., *Int*. *Ed*. **2002**, *41*, 2185–2188.
  http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941:12%3C2185::AID-ANIE2185%3E3.0.CO;2-0/full
- Tan, D. S.; Dudley, G. B.; Danishefsky, S. J. Synthesis of the functionalized tricyclic skeleton of guanacastepene A: a tandem epoxide opening β-elimination–Knoevenagel cyclization. *Angew*. *Chem*., *Int*. *Ed*. **2002**, *41*, 2188–2191.
  http://onlinelibrary.wiley.com/doi/10.1002/1521-3773%2820020617%2941:12%3C2188::AID-ANIE2188%3E3.0.CO;2-J/full
- Dudley, G. B.; Tan, D. S.; Kim, G.; Tanski, J. M.; Danishefsky, S. J. Remarkable stereoselectivity in the alkylation of a hydroazulenone: progress towards the total synthesis of guanacastepene. *Tetrahedron Lett*. **2001**, *42*, 6789–6791.
  http://www.sciencedirect.com/science/article/pii/S0040403901013429
- Dudley, G. B.; Danishefsky, S. J. A four-step synthesis of the hydroazulene core of guanacastepene. *Org*. *Lett*. **2001**, *3*, 2399–2402.
  http://pubs.acs.org/doi/full/10.1021/ol016222z
- Dudley, G. B.; Takaki, K. S.; Cha, D. C.; Danheiser, R. L. Total synthesis of (–)-ascochlorin via a cyclobutenone-based benzannulation strategy. *Org*. *Lett*. **2000**, *2*, 3407–3410.
  http://pubs.acs.org/doi/full/10.1021/ol006561c
- Gee, K. R.; Kueper, L. W., III; Barnes, J.; Dudley, G. B.; Givens, R. S. Desyl esters of amino acid neurotransmitters. Phototriggers for biologically active neurotransmitters. *J*. *Org*. *Chem*. **1996**, *61*, 1228–1233.
  http://pubs.acs.org/doi/full/10.1021/jo951635x

***Book Chapters, Reference Works, and Other Manuscripts:***

(VII) Hoang, T. T.; Dudley, G. B.; Williams, L. J. Fragmentation Reactions. In *Comprehensive Organic Synthesis,* 2nd Edition; Molander, G., Knochel, P., Eds.; Elsevier: Oxford, 2014; Vol. 6, Chap. 30, 842–860.

(VI) Dudley, G. B. Silacyclobutane, 1-[4-(bromomethyl)phenyl]-1-methyl- (and alcohol). In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Fuchs, P. L., Charette, A. B., Rovis, T., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01526, Article Online Posting Date: May 3, 2013.
  http://onlinelibrary.wiley.com/o/eros/articles/rn01526/frame.html

(V) Dudley, G. B. 2-(4-Methoxybenzyloxy)-4-methylquinoline. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Crich, D., Charette, A. B., Fuchs, P. L., Molander, G. A., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn01183, Article Online Posting Date: October 15, 2010.
  http://onlinelibrary.wiley.com/o/eros/articles/rn01183/frame.html

(IV) Dudley, G. B. 2-Benzyloxy-1-methylpyridinium trifluoromethanesulfonate. In *Encyclopedia of Reagents for Organic Synthesis* [Online]; Paquette, L., Fuchs, P., Crich, D., Molander, G., Eds., John Wiley & Sons: Chichester. DOI: 10.1002/047084289X.rn00906, Article Online Posting Date: September 15, 2008.
  http://onlinelibrary.wiley.com/o/eros/articles/rn00906/frame.html

(III) Kozytska, M. V.; Dudley, G. B. Four-membered rings with one silicon, germanium, tin, or lead atom. *Reference Module in Chemistry, Molecular Sciences and Chemical Engineering*,

In *Comprehensive Heterocyclic Chemistry III*; Katritsky, A. R., Ramsden, C. A., Scriven, E. F. V., Taylor, R. J. K., Eds., Elsevier: Oxford, 2008; vol 2, pp 513–554. http://www.sciencedirect.com/science/article/pii/B97800804499200211X

(II)   Danheiser, R. L.; Dudley, G. B.; Austin, W. F. Product class 13: alkenylketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation.* Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 13, pp 492–568.

(I)    Austin, W. F.; Kowalczyk, J. J.; Dudley, G. B.; Danheiser, R. L. Product class 7: alkylideneketenes. In *Science of Synthesis: Houben–Weyl Methods of Molecular Transformation.* Bellus, D., Danheiser, R. L., Eds., Thieme: Stuttgart, 2006; Vol. 23, Chapter 7, pp 245–258.

### *Patents:*

(iii)  Dudley, G. B.; Batsomboon, P.; Gaston, R, Jr.; Fulo, H. F. *Selective Phosphatase Inhibitors Based On Illudalic Acid.* International Patent Application PCT/US2021/043713 (July 29, 2021).

(ii)   Dudley, G. B. Reagent for synthesis of para-methoxybenzyl (PMB) ethers and associated methods. U.S. Patent No. 7,960,553 (2011).

    1 patent, licensed from FSU by Sigma–Aldrich Chemical Company.

(i)    Dudley, G. B. Compounds and methods of arylmethylation (benzylation) as protection for alcohol groups during chemical synthesis. U.S. Patents 7,754,909 (2010), 7,915,437 (2011), 8,008,531 (2011), 8,334,414 (2012), 8,580,992 (2013).

    5 patents, licensed from FSU by Sigma–Aldrich Chemical Company.

## Research and Scholarly Presentations

**upcoming**
ACS Southeast Meeting (SERMACS), San Juan, Puerto Rico

**2022**
189. Chemistry and Pharmacology of Drug Abuse (CPDA) Conference, Boston, MA
188. Natural Products Gordon Conference
187. International Microwave Power Institute IMPI 54 Symposium, Savannah, GA
186. ACS Middle Atlantic Regional Meeting (MARM), New Jersey
185. Florida Heterocyclic Conference, Gainesville

**2021**
184. Pacifichem 2021 Conference (virtual)
183. ACS Southeast Meeting (SERMACS), Birmingham, AL

**2020**
182. Hamline College, St Paul, MN (virtual)

**2019**
181. ACS Southeast Meeting, Savannah, GA (Microwave Chemistry Symposium)

**2018**
180. Japan Society of Electromagnetic Wave Energy Applications (JEMEA) Symposium, Kitakyushu, Japan
179. Keio University, Tokyo, Japan
178. EYELA Corp, Tokyo, Japan
177. Asia-Pacific Microwave Conf., Kyoto, Japan
176. JSPS 188 Committee, Kyoto, Japan
175. WVU Health Sciences, Morgantown, WV
174. Kasetsart University, Bangkok, Thailand
173. IUPAC Green Chem. Conf., Bangkok, Thailand
172. National Fed. Sentencing Seminar, Orlando, FL
171. Yanshan University, Qinhuangdao, China
170. East China University of Science and Technology (ECUST), Shanghai

**2017**
169. ACS Southeast Meeting, Charlotte, NC (Organic Chemistry)
168. ACS Southeast Meeting, Charlotte, NC (Chemistry and the Law)
167. ACS Southeast Meeting, Charlotte, NC (CEM Microwave Chemistry Symposium)

16

166. ACS Southwest Meeting, Lubbock, TX
   (Rising Stars in Organic Chemistry)
165. ACS Southwest Meeting, Lubbock, TX
   (Enabling Techniques for Organic Synthesis)
164. Youngstown State University, OH
163. National Fed. Sentencing Seminar, Tampa, FL
162. TSRC Enabling Technology for Reactions and
   Processes Conference, Telluride, CO
161. 18th RGJ PhD Congress, Bangkok, Thailand
160. Chulabhorn Research Institute, Thailand
159. Chiang Mai University, Thailand
158. Middle Florida Federal Defenders, Orlando, FL
157. ACS National Meeting (ORGN), San Fran, CA
156. ACS National Meeting (CHAL), San Fran, CA
155. ACS National Meeting (ORGN), San Fran, CA
154. University of Pittsburgh, PA

**2016**

153. WVU Health Sciences, Morgantown, WV
152. 57th Groupement d'Etude de Chimie Organique
   (GECO), Basque Region, Ascain, France
151. TSRC Enabling Technology for Reactions and
   Processes Conference, Telluride, CO
150. West Virginia University, Morgantown
149. Rensselaer Polytechnic Institute, Troy, NY
148. Mona Symposium on Natural Products and
   Medicinal Chemistry, Kingston, Jamaica

**2015**

147. Pacifichem 2015, Honolulu, HI (*organic*)
146. Pacifichem 2015, Honolulu, HI (*clean energy*)
145. TSRC Enabling Technology for Reactions and
   Processes Conference, Telluride, CO
144. ACS Florida Meeting, Tampa (*chem ed*)
143. ACS Florida Meeting, Tampa (*organic*)
142. Georgia State University, Atlanta
141. University of California, San Francisco
140. Rigel Pharmaceuticals, San Francisco
139. Auburn University, AL
138. Rutgers University, Piscataway, NJ

**2014**

137. University of Kansas, Lawrence
136. North Carolina Federal Defenders, Raleigh, NC
135. CEM Corporation, Matthews, NC
134. University of North Carolina, Greensboro
133. Wake Forest University, Winston-Salem, NC
132. University of California, Merced
131. Utah State University, Logan
130. Brigham Young University, Provo, UT
129. Cubist Pharmaceuticals, Lexington, MA
128. Ensemble Pharmaceuticals, Cambridge, MA

127. TSRC Accelerating Reaction Discovery
   Conference, Telluride, CO
126. Natural Products Gordon Conference
125. Organic Reactions Gordon Conference
124. National Federal Defenders Convention,
   Cleveland, OH
123. Florida Heterocyclic Conference, Gainesville
122. Florida State University, Tallahassee

**2013**

121. Lebanese University, Beirut
120. University of New Mexico, Albuquerque
119. New Mexico State University, Las Cruces
118. University of South Alabama, Mobile
117. University of West Florida, Pensacola

**2012**

116. Max Plank Institute, Potsdam, Germany
115. University of Hannover, Germany
114. Technical University, Dortmund, Germany
113. Louisiana State University, Baton Rouge
112. Notre Dame University, South Bend, IN
111. University of Chicago, IL
110. University of Illinois, Chicago
109. University of New Hampshire, Durham
108. Dartmouth College, Hanover, NH
107. University of the South, Sewanee, TN
106. University of Tennessee, Knoxville
105. Middle Tenn State Univ, Murfreesboro, TN
104. ACS National Meeting, Philadelphia, PA
103. ACS National Meeting, Philadelphia, PA
102. ACS Florida Meeting, Tampa
101. Organic Faculty of Florida Conference
100. FAMU-FSU Engineering, Tallahassee
99. FSU Biomedical Sciences Symposium

**2011**

98. University of Virginia, Charlottesville
97. Univ of Mary Washington, Fredericksburg, VA
96. ACS Southeast Meeting, Richmond, VA
95. NanoFlorida Conference, Miami, FL
94. University of Houston, TX
93. University of Texas, San Antonio
92. University of Minnesota, Twin Cities
91. University of Minnesota, Duluth
90. North Dakota State University, Fargo
89. NSERC-CREATE Program, Ottawa, Canada
88. University of Ottawa, Canada
87. Florida Heterocyclic Conference, Gainesville

**2010**

86. Federal University of Ouro Preto, Brazil

17

85. Federal University of Minas Gerais, Brazil
84. Federal University of Fluminense, Brazil
83. Federal University of Rio de Janeiro, Brazil
82. UNICAMP, Campinas, Brazil
81. University of Sao Paulo, Brazil
80. Sunrise Rotary Club, Tallahassee, FL
79. Tallahassee Economic Develop. Council, FL

**2009**

78. University of Toledo, Ohio
77. Wayne State University, Detroit, MI
76. University of California, Berkeley
75. Rigel Pharmaceuticals, San Francisco, CA
74. FSU College of Medicine, Tallahassee
73. Univ of Southern Mississippi, Hattiesburg
72. University of South Florida, Tampa
71. Natural Products Gordon Conference
70. Innovation Park, Tallahassee, FL
69. University of Oregon, Eugene
68. Oregon State University, Corvallis
67. Berry College, Mt Berry, GA

**2008**

66. BioFine Chemical Process Design Conference, Sanibel Island, FL
65. ACS Southeast Meeting, Nashville, TN
64. University of Vermont, Burlington
63. Schering–Plough Research, Cambridge, MA
62. Nanyang Technical University, Singapore
61. A*Star Institute of Chemical and Engineering Sciences, Singapore
60. National University of Singapore
59. Chulabhorn Research Institute, Thailand
58. Chulalongkorn Univ, Bangkok, Thailand
57. Schering–Plough Research, Kenilworth, NJ
56. ACS Florida Meeting, Orlando
55. U of British Columbia, Vancouver, Canada
54. Simon Fraser University, Burnaby, Canada
53. University of Washington, Seattle
52. Organic Faculty of Florida Conference
51. Texas Christian University, Fort Worth
50. University of Texas, Arlington
49. U of Texas Southwestern Med Center, Dallas

**2007**

48. Florida State University, Tallahassee
47. International Conference on the Chemistry of Antibiotics (ICCA-X), Nashville, TN
46. ACS Florida Meeting, Orlando
45. University of Wisconsin, Milwaukee
44. Marquette University, Milwaukee, WI

43. ACS National Meeting, Chicago, IL
42. University of Pennsylvania, Philadelphia
41. University of California, Santa Barbara
40. University of California, San Diego
39. Emory University, Atlanta, GA
38. Tennessee State University, Nashville

**2006**

37. University of Arkansas, Fayetteville
36. University of Delaware, Wilmington
35. Temple University, Philadelphia, PA
34. ACS Southeast Meeting, Augusta, GA
33. East Carolina Univ, Greenville, NC
32. ACS National Meeting, San Francisco, CA
31. Organic Reactions Gordon Conference
30. Eli Lilly Pharmaceuticals, Indianapolis, IN
29. ACS Florida Meeting, Orlando
27. Organic Faculty of Florida Conference
27. Univ of North Florida, Jacksonville
26. Vanderbilt University, Nashville, TN
25. Austin Peay State Univ, Clarksville, TN
24. Merck Research, Rahway, NJ
23. Univ of North Carolina, Chapel Hill
22. GlaxoSmithKline, RTP, NC
21. Duke University, Durham, NC

**2005**

20. Univ of Massachusetts, Amherst
19. Smith College, Northampton, MA
18. University of Connecticut, Storrs
17. University of Houston, TX
16. University of Florida, Gainesville
15. University of Georgia, Athens
14. Gulf Coast Chemistry Conference
13. Natural Products Gordon Conference
12. University of Alabama, Tuscaloosa
11. University of West Florida, Pensacola

**2004**

10. Rutgers University, New Brunswick, NJ
9. Barry University, Miami, FL
8. Southern University, Baton Rouge, LA
7. Kenesaw State University, Kenesaw, GA
6. ACS Florida Meeting, Orlando
5. Organic Faculty of Florida Conference

**2003**

4. Florida Institute of Technology, Melbourne
3. College of Charleston, SC
2. Florida International University, Miami
1. University of Miami, FL

18

# Financial Support

## Current Funding

- 08/01/2022–07/31/2025 *Chemical synthesis of illudalic acid analogs for stimulant use disorder*
  Source: National Institutes of Health – National Institute on Drug Abuse
  Award (Amount): NIH R15DA056843 ($380,000 total; $250,000 direct)
  Role: PI (100%)

- 08/01/2022–07/31/2025 *Regioselective [2+2+2] Cyclotrimerizations*
  Source: National Science Foundation
  Award (Amount): CHE-2154773 ($525,000 total; $355,358 direct)
  Role: PI (67%); co-PI: Brian Popp (33%)

## Pending Funding

- 08/2022–07/2024 *Mode of Action and Improving the Efficacy of the Novel Antibiotics Resazomycins*
  Source: WV INBRE Major PUI Research Award
  Award to West Liberty University (WLU) (Amount): $351,250 total; $250,000 direct
  WVU budget (Amount): $25,000 total; $25,000 direct
  Role: Collaborator (100% on WVU budget) (Project PI: Deanna Schmitt, WLU)

- 04/01/2023–03/31/2026 *Mode of Action and Improving the Efficacy of the Novel Antibiotics Resazomycins*
  Source: National Institutes of Health – National Institute of Allergy and Infectious Diseases
  Award to West Liberty University (WLU) (Amount): $421,500 total; $300,000 direct
  Subaward to WVU (Amount): $78,602 total; $51,712 direct
  Role: PI on Subaward (100%) (Project PI: Deanna Schmitt, WLU)

- 04/01/2023–03/31/2025 *A Multi-Targeted Approach Against Cancer: Exploiting the PD1/PDL1 Blockade with High Affinity β-Hairpin Inhibitors to Deliver Small-Molecule Payloads*
  Source: National Institutes of Health – National Cancer Institute
  Award to Florida Atlantic University (FAU) (Amount): TBD
  Subaward to WVU (Amount): $217,694 total; $143,220 direct
  Role: PI on Subaward (100%) (Project PI: Stéphane Roche, FAU)

- 07/01/2023–06/30/2027 *Illudalic acid analogs as chemical probes for PTPRD activity in substance use disorders*
  Source: National Institutes of Health – National Institute on Drug Abuse
  Award to Utah (Amount): $2,827,174 total; $1,999,990 direct
  Subaward to WVU (Amount): $493,168 total; $324,452 direct
  Role: PI on Subaward (100%) (Project PIs: Amy Barrios, Kristen Keefe, University of Utah)

## Prior Funding

- 08/2017–07/2022 *Dielectric Loss Processes and Microwave Effects on Reactions in Homogeneous Solutions*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1665029 ($470,000 total; $382,432 direct)
  WVU subcontract: $221,750 total; $154,500 direct
  Role: co-PI (50%); PI: Al Stiegman, Florida State University (50%)

- 08/2020–07/2022 *Design and synthesis of phosphatase inhibitors as potential chemotherapeutics for chronic disease*

19

Source: WV INBRE Chronic Disease Research Program (CDRP)
Award (Amount): $136,800 total; $90,000 direct
Role: PI (80%); co-I's: Justin Legleiter (10%) and Aaron Robart (10%)

- 08/2020–12/2021 *Regioselective Nickel-Catalyzed [2+2+2] Cyclotrimerizations*
  Source: WVU Program to Stimulate Competitive Research (PSCoR)
  Award (Amount): $22,400 direct
  Role: PI (50%); co-PI: Brian Popp (50%)

- 05/2019–12/2020 *Neopentylene-based synthetic building blocks for organic and medicinal chemistry*
  Source: Don and Linda Brodie Resource Fund for Innovation, WVU
  Award (Amount): $38,000 direct
  Role: PI (50%); co-PI: Brian Popp (50%)

- 07/2018–06/2020 *Experimental therapeutics synthesis collaborative*
  Source: The Estate of Dr. William Price Bittinger
  Award (Amount): WVU-SOM Foundation ($96,626 total; $96,626 direct)
  Role: PI; co-PI: Paul Lockman

- 09/2013–09/2018 *Synthesis of high-value alkynes*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 1300722 ($450,000 total; $336,615 direct)
  Role: PI (80%); co-PI: Igor Alabugin (20%)

- 07/2011–08/2013 *New fragmentation reactions and strategies for chemical synthesis*
  Source: FSU Research Foundation
  Award (Amount): FSU-BRIDGE ($84,814)
  Role: PI

- 07/2008–06/2011 *New fragmentation reactions and strategies for chemical synthesis*
  Source: National Science Foundation
  Award (Amount): NSF-CHE 0749918 ($378,000 total; $272,677 direct)
  Role: PI

- 05/2011–08/2011 *Microwave-actuated organic reagents*
  Source: FSU Committee on Faculty Research Support (COFRS)
  Award (Amount): Faculty Summer Awards ($14,000)
  Role: PI

- 04/2010–03/2011 *Developing scholar award*
  Source: FSU Council on Research Creativity (CRC)
  Award (Amount): Developing Scholars 2010 Award ($10,000)
  Role: PI

- 01/2008–12/2008 *Organic Reagents for Current and Future Markets*
  Source: FSU Research Foundation
  Award (Amount): GAP award ($46,400)
  Role: PI

- 07/2005–06/2008 *Organic Synthesis and Methodology for Roseophilin, A Pharmacologically Active Natural Product*
  Source: James and Ester King Biomedical Research Program, Florida Department of Health
  Award (Amount): FBRP-DOH, 016272 ($450,000 total; $429,618 direct)
  Role: PI

- 01/2004–12/2007 *Ring Expansion Strategies for Preparing Cyclophanes: Concise Syntheses of Roseophilin and Floresolide A*
  Source: Research Corporation
  Award (Amount): Research Innovation Award, RI1161 ($35,000)
  Role: PI

20

- 06/2005–08/2007 *An Allene-Centered Pericyclic Reaction Sequence for the Synthesis of the Cyathane Diterpenes*
  Source: American Chemical Society, Petroleum Research Fund
  Award (Amount): PRF Type G, 42180-G1 ($35,000)
  Role: PI
- 05/2004 *Synthesis of Cytotoxic Cyclophanes: Haouamine A*
  Source: Oak Ridge Associated Universities
  Award (Amount): Ralph E. Powe Junior Faculty Enhancement Award ($10,000)
  Role: PI
- 05/2003–08/2003 *New Reagents for Organic Synthesis: Strained Silacycles*
  Source: FSU Council for Research and Creativity (CRC)
  Award (Amount): First Year Assistant Professor Award ($12,000)
  Role: PI

# Expert Witness and Legal Consulting

## *Representative Reports:*

- *Scientific analysis and opinion on the "substantially similar" standard for Prong One of the definition of Controlled Substance Analogues*
- *Summary of scientific opinion on chemical structures*
- *Expert opinion [on] the comparative pharmacology of JWH-018 and XLR-11*
- *Sentencing guideline considerations for synthetic cannabinoids*
- *Expert evaluation / opinion regarding cocaine base isomers*
- *Evaluation of state and federal schedules of controlled substances*
- *Expert evaluation and opinions regarding opiate narcotic drug controlled substances in New York, New Jersey, and/or Federal law*
- *Isomers of cocaine and heroin under Michigan and Federal law*
- *Is dibutylone a "positional isomer" of pentylone?*
- *Affidavit on extraction of DMT from MHRB*

- *Brief Of Expert Forensic Scientists As Amici Curiae In Support Of Petitioner Stephen McFadden* (Stephen Dominick McFadden v. United States of America)
  - Amicus Brief to the Supreme Court of the United States
  - Counsel of Record: Prof. Gerald M. Finkel, Charleston School of Law
    http://sblog.s3.amazonaws.com/wp-content/uploads/2015/03/14-378-tsac-Joseph-Bono.pdf
- *Opinion testimony before the US Sentencing Commission*
  - Corresponding oral testimony at the public hearing on April 18, 2017 available at:
    https://www.ussc.gov/policymaking/meetings-hearings/public-hearing-april-18-2017
- *Opinion testimony on synthetic cathinones for the public hearing on October 4, 2017*
  - Oral testimony available at:
    https://www.ussc.gov/policymaking/meetings-hearings/public-hearing-october-4-2017

## *Expert witness and testimony experience:*

46. United States Federal Court, Eastern District of Michigan, Detroit, 2022-08-09
    Case 2:20-cr-20449-PDB-APP: *Evidentiary hearing for a criminal proceeding*
    Defendant: Robert Lee Taylor
    Provided expert testimony on chemistry terminology related to isomers of cocaine.

45. United States Federal Court, Western District of Michigan, Grand Rapids, 2022-07-08
   Case 1:21-cr-00034-PLM: *Sentencing hearing for a criminal proceeding* (remote)
   Defendant: Delando Johnson
   Provided expert testimony on chemistry terminology related to isomers of cocaine.

44. United States Senate Briefing, Washington, DC (virtual), 2022-06-10
   Panel on Fentanyl-Related Substances, organized by Senator Cory Booker's office and the
   Drug Policy Alliance, to discuss policy considerations related to controlling substances that
   may be regarded as similar to fentanyl in chemical structure.
   Video available at: https://www.youtube.com/watch?v=myl6I3vLXb8

43. United States Federal Court, Western District of Michigan, Grand Rapids, 2022-05-12
   Case 1:21-cr-00042-JTN: *Evidentiary hearing for a criminal proceeding* (remote)
   Defendant: Idris Quintell Wilkes
   Provided expert testimony on chemistry terminology related to isomers of cocaine.

42. United States Federal Court, Western District of Michigan, Grand Rapids, 2022-02-04
   Case 1:21-cr-00118-PLM: *Evidentiary hearing for a criminal proceeding* (remote)
   Defendant: James Robinson
   Provided expert testimony on chemistry terminology related to isomers of cocaine.

41. State of Florida 13th Judicial Circuit, Hillsborough County, 2021-03-04
   Case No. 18-CF-007123-B: *Motion Hearing* (remote)
   Defendant: Donya Kareem Hussein
   Provided expert testimony and opinion on chemical composition of marijuana and synthetic
   marijuana as they may relate to detection by drug-sniffing dogs.

40. United States Federal Court, District of Nevada, Las Vegas, 2020-01-10
   Case 2:15-cr-00285-APG-GWF: *Sentencing hearing for a criminal proceeding*
   Defendant: Burton Ritchie
   Provided expert testimony and opinion on the chemical structure and sentencing guideline
   considerations for synthetic cannabinoid substances including XLR-11.

39. United States Federal Court, Middle District of Florida, Tampa, 2019-08-27
   Case 8:13-cr-00269-JDW-CPT: *Sentencing hearing for a criminal proceeding*
   Defendant: Mobashar Z. Tahir
   Provided expert testimony and opinion on the chemical structures of synthetic cannabinoids
   including JWH-018, UR-144, and XLR-11 for considerations relevant to regulatory
   controls of controlled substances and controlled substance analogues.

38. United States Federal Court, Northern District of New York, Albany, 2019-08-20
   Case 1:18-cr-00150-GLS: *Sentencing hearing for a criminal proceeding*
   Defendant: Mansoor A. Ghaleb
   Provided expert testimony and opinion on the chemistry, pharmacology, and sentencing
   guideline considerations for synthetic cannabinoids including AMB-FUBINACA (aka
   FUB-AMB) compared to actual marijuana and THC.

37. United States Federal Court, District of Nevada, Las Vegas, 2019-06-26
   Case 2:15-cr-00285-APG-GWF: *Criminal trial by jury*
   Defendant: Burton Ritchie
   Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid
   substances including XLR-11, which was alleged to be a Controlled Substance Analogue of
   JWH-018.

36. United States Federal Court, Southern District of Florida, Miami, 2018-12-12
    Case 1:17-CR-20904-Ungaro/O'Sullivan: *Sentencing hearing for a criminal proceeding*
    Defendant: Danny Rodriguez
    Provided expert testimony and opinion on the chemistry and pharmacology of synthetic cannabinoids including ADB-FUBINACA as compared to actual marijuana and THC.

35. United States Federal Court, Northern District of Georgia, Gainesville, 2018-10-10
    Case 2:16-CR-032-03-RWS: *Sentencing hearing for a criminal proceeding*
    Defendant: Lora Pace
    Provided expert testimony and opinion on the preparation, composition, molecular structure and pharmacology, and effects on the central nervous system of the synthetic cannabinoids XLR-11, AB-CHMINACA, and FUB-AMB as ingredients of "synthetic marijuana" (aka smokeable synthetic cannabinoids) as compared to actual marijuana and THC.

34. United States Federal Court, Middle District of Florida, Jacksonville, 2018-09-28
    Case 3:17-cr-00086-TJC-JRK: *Evidentiary Daubert-type hearing for a criminal proceeding*
    Defendant: Kevin Clark
    Provided expert testimony and opinion on the chemical structure, molecular pharmacology, and stimulant effects of MPHP as related to other stimulants including pyrovalerone, α-PVP, cocaine, and methamphetamine in connection to criminal indictment under the Controlled Substance Analogue Enforcement Act.

33. United States Federal Court, Eastern District of California, Fresno, 2018-06-28
    15-cr-101-DAD: *Criminal trial by jury*
    Defendant: Douglas Jason Way
    Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid substances including XLR-11, which was alleged to be a Controlled Substance Analogue of JWH-018.

32. United States Federal Court, Northern District of Texas, Dallas, 2018-06-18
    Case 3:14-cr-00298-M: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Gas Pipe, Inc.
    Provided expert testimony and opinion on the synthetic cannabinoid substances AM-2201, XLR-11, JWH-250, and PB-22, which were alleged to be Controlled Substance Analogues of JWH-018; 5F-PB-22 and THJ-2201, which were alleged to be Controlled Substance Analogues of AM-2201; and FUB-PB-22, which was alleged to be a Controlled Substance Analogue of 5F-PB-22.

31. United States Federal Court, Middle District of Florida, Orlando, 2018-01-24
    6:17-CR-165-Orl-40KRS-Byron: *Criminal trial by jury*
    Defendant: Jeremy Achey
    Provided expert testimony and opinion on the chemical structure of synthetic substances including 4-AcO-DMT and tetrahydrofuranyl fentanyl, which were alleged to be Controlled Substance Analogues of psilocin and fentanyl, respectively.

30. United States Federal Court, Northern District of Texas, Dallas, 2017-12-21
    Case 3:16-CR-00419-Fitzwater: *Sentencing hearing for a criminal proceeding*
    Defendant: Gabrielle Armstrong
    Provided expert testimony and opinion on the chemical structure of *N*-ethylpentylone (a structural analogue of pentylone) and its putative pharmacological effects (based on the structure-activity relationship in medicinal chemistry) relative to substances referenced in the Sentencing Guidelines for the purposes of sentencing considerations.

29. United States Sentencing Commission, Washington, DC, 2017-10-04

    Review of Sentencing Guidelines: *Public hearing on synthetic cathinones*

    Provided invited written opinion report and oral testimony on revisions to the Guidelines being considered in light of emerging synthetic cathinone drugs of abuse. Testimony included recommendations for specific and categorical coverage of cathinone drugs. Written report and video of panel testimony and discussion (Panel 3) available at the link provided below:

    https://www.ussc.gov/policymaking/meetings-hearings/public-hearing-october-4-2017

28. United States Sentencing Commission, Washington, DC, 2017-04-18

    Review of Sentencing Guidelines: *Public hearing on synthetic drugs*

    Provided invited written opinion report and oral testimony on revisions to the Guidelines being considered in light of emerging synthetic drugs of abuse. Testimony included recommendations for improving the consistency and clarity of the Guidelines and for the addition of new synthetic cannabinoid and cathinone substances. Written report and video of panel testimony and discussion (Panel 5) available at the link provided below:

    http://www.ussc.gov/policymaking/meetings-hearings/public-hearing-april-18-2017

27. United States Federal Court, Northern District of West Virginia, Clarksburg, 2017-03-27

    Case 1:16-cr-00065-IMK-JES: *Daubert hearing for experts in a criminal proceeding*

    Defendant: Graziano

    Prepared expert testimony and opinion on the chemical structures of synthetic substances including UR-144, XLR-11, AB-FUBINACA, STS-135, and FUB-PB-22, which were alleged to be Controlled Substance Analogues (*plea agreement reached prior to hearing*).

26. United States Federal Court, District of Kansas, Topeka, 2017-03-07

    Case 5:14-cr-40005-DDC: *Criminal trial by jury*

    Defendant: Craig Broombaugh

    Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid, cathinone, and amphetamine substances including JWH-122, AM-2201, JWH-210, MAM-2201, JWH-081, RCS-4, JWH-250, UR-144, XLR-11, MePPP, MXE, 5-MeO-DALT, pentedrone, 4-FMC, and 4-FA, which were alleged to be Controlled Substance Analogues.

25. United States Federal Court, Southern District of Florida, West Palm Beach, 2017-01-31

    Case 2:16-14002-CR-Rosenberg: *Sentencing hearing for a criminal proceeding*

    Defendant: Julius Reason

    Provided expert testimony and opinion on the chemical structures of ethylone and dibutylone, the putative pharmacological effects of ethylone, and their respective similarities and differences with respect to substances referenced in the Sentencing Guidelines for the purposes of sentencing considerations.

24. United States Federal Court, Eastern District of Virginia, Norfolk, 2017-01-19

    Case 4:15-cr-0018-Jackson: *Criminal trial by jury (re-trial after hung jury in October)*

    Defendant: Burton Ritchie

    Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid substances including UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018.

23. United States Federal Court, Eastern District of Virginia, Norfolk, 2016-10-14

    4:15-cr-0018-Jackson: *Criminal trial by jury*

    Defendant: Burton Ritchie

24

Provided expert testimony and opinion on the chemical structure of synthetic cannabinoid substances including UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018.

22. United States Federal Court, District of New Jersey, 2016-10-13
    Case 2:14-cr-00186-KSH: *Sentencing hearing for a criminal proceeding*
    Defendant: Pedro Arroyo
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxymethcathinone (methylone).

21. United States Federal Court, Middle District of Florida, Orlando, 2016-09-14
    6:16-cr-00024-GAP-DAB: *Criminal trial by jury*
    Defendant: Jason Phifer
    Provided expert testimony and opinion on the chemical structures of butylone and ethylone as to whether or not ethylone qualifies as a positional isomer of butylone based on various definitions of the term "positional isomer".

20. United States Federal Court, Middle District of Florida, Tampa, 2016-07-15
    Case 8:15-cr-00410-JDW-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Omar Zeidan Zeidan
    Provided expert testimony and opinion on the preparation, chemical structure, molecular pharmacology, and effects on the central nervous system of the synthetic cannabinoids XLR-11 and AB-FUBINACA as ingredients of so-called "synthetic marijuana" or "Spice" as compared to actual marijuana and THC.

19. United States Federal Court, Southern District of Florida, West Palm Beach, 2016-05-20
    Case 2:15-80068-CR-Rosenberg: *Sentencing hearing for a criminal proceeding*
    Defendant: Kevin Raphael Bully
    Provided expert testimony and opinion on the chemical structures of controlled substances methylenedioxyethcathinone (MDEC, ethylone) and α-pyrrolidinovalerophenone (α-PVP) and their respective similarities and differences with respect to substances referenced in the Guidelines Manual for the purposes of sentencing considerations.

18. United States Federal Court, Middle District of Florida, Tampa, 2016-05-18
    Case 8:15-cr-00064-CEH-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Saher Abdullah
    Provided expert testimony and opinion on the preparation, molecular pharmacology, and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC.

17. United States Federal Court, District of New Mexico, Santa Fe, 2016-05-10
    Case 1:12-cr-001766 MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Hussein Al-Omari
    Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, UR-144, 4-MEC, and α-PVP, which were alleged to be Controlled Substance Analogues (*charges dropped prior to hearing*).

16. United States Federal Court, Middle District of Florida, Ft. Myers, 2016-03-28
    Case 2:15-cr-00004-SPC-CM: *Sentencing hearing for a criminal proceeding*
    Defendant: Travis Riddle
    Provided expert testimony and opinion on the controlled substance dimethyltryptamine (DMT): extraction from natural sources, methods of abuse, and pharmacological effects

15. United States Federal Court, District of Utah, Salt Lake City, 2016-02-29
    Case 2:13-cr-00780-CW-DBP: *Daubert hearing for experts in a criminal proceeding*
    Defendant: Muhammad Mansoor
    Prepared expert testimony and opinion on the chemical structure and pharmacological effects of synthetic substances including AM-2201, JWH-122, MAM-2201, UR-144, XLR-11, and 5-MeO-DALT, which were alleged to be Controlled Substance Analogues (*charges dropped at the start of the hearing*).

14. United States Federal Court, Southern District of Florida, West Palm Beach, 2015-12-11
    Case 2:15-cr-14034-DMM: *Sentencing hearing for a criminal proceeding*
    Defendant: Saiful Hossain
    Provided expert testimony and opinion on molecular pharmacology and pharmacological effects of so-called "synthetic marijuana" containing the controlled substance XLR-11 as compared to marijuana and THC

13. State of Florida 15th Judicial Circuit, Palm Beach County, 2015-11-05
    Case No. 2013CF009053BMB: *Criminal trial by jury*
    Defendant: William Sands
    Provided expert testimony and opinion on substances alleged to be synthetic marijuana, and on the forensic detection and analysis of the controlled substance PB-22

12. United States Federal Court, Southern District of Florida, Miami, 2015-10-23
    Case 2:15-20350-CR: *Sentencing hearing for a criminal proceeding*
    Defendant: Mario Malespin
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

11. United States Federal Court, District of New Mexico, Albuquerque, 2015-07-07
    Case 1:13-cr-00571-MCA: *Daubert hearing for expert witnesses in a criminal proceeding*
    Defendant: Nathan Coccimiglio
    Provided expert testimony and opinion on synthetic cannabinoid substances including AM-2201, AM-694, JWH-250, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

10. United States Federal Court, Middle District of Florida, Tampa, 2015-05-05
    Case 8:14-cr-00409-CEH-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Wagner Cruz
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

9. United States Federal Court, Middle District of Florida, Ft. Myers, 2015-04-28
    Case 2:14-CR-79-FIM-38DNF: *Sentencing hearing for a criminal proceeding*
    Defendant: Ferenc Palfalvi
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

8. United States Federal Court, Middle District of Florida, Tampa, 2015-01-27
    Case 8:14-cr-00387-VMC-TBM: *Sentencing hearing for a criminal proceeding*
    Defendant: Donald Reche Caldwell
    Provided expert testimony and opinion on the chemical structure, pharmacological effects, and potency of the controlled substance, methylenedioxyethcathinone (MDEC, ethylone)

7. United States Federal Court, District of Nevada, Las Vegas, 2014-12-03

Case 2:13-cr-00255-JAD-GWF: *Sentencing hearing for a criminal proceeding*

Defendant: Syvilay Thannavongsa

(telephonic testimony) Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

6. United States Federal Court, Middle District of Florida, Tampa, 2014-11-18

Case 8:13-cr-00421-MSS-TGW: *Sentencing hearing for a criminal proceeding*

Defendant: John McGuire

Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

5. United States Federal Court, Eastern District of New York, Brooklyn, 2014-08-20

Case 13CR00570 (JBW): *Sentencing hearing for a criminal proceeding*

Defendant: Chin Chong

(telephonic testimony) Provided expert testimony and opinion on the chemical structure of the controlled substance, methylenedioxymethcathinone (MDMC, methylone)

4. United States Federal Court, District of Minnesota, Minneapolis, 2013-09-30

CASE 0:12-cr-00305-DSD-LIB: *Criminal trial by jury*

Defendant: James Robert Carlson

Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances including AM-2201, UR-144, and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

3. State of Louisiana 22nd Judicial District Court, Parish of St Tammany, 2013-02-06

Case No. 524706/7 D: *Hearing on a motion to quash a criminal indictment*

Defendant: David D'Aquin

Provided expert testimony and opinion on the chemical structure and pharmacological effects of synthetic cannabinoid substances of UR-144 and XLR-11, which were alleged to be Controlled Substance Analogues of JWH-018

2. United States Federal Court, Eastern District of Wisconsin, Milwaukee, 2013-02-28

Case 2:12-cv-01186-RTR: *Hearing on a petition for return of property*

Petitioner: The Smoke Shop, LLC

Provided expert testimony and opinion on the chemical structure and pharmacological effects of UR-144 and XLR-11, alleged to be Controlled Substance Analogues of JWH-018

1. United States Federal Court, Middle District of Florida, Orlando, 2012-12-06

6:12-cr-209-Orl-37DAB: *Joint hearing on a motion to dismiss a criminal indictment and a petition for return of property*

Defendants: Ilan Fedida and Timothy Hummel

Attended the hearing and wrote a brief on scientific considerations for the Court