**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 22-cr-00212-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JOSEPH EUGENE CLEMENTS,**

    Defendant(s).

---

**MOTION FOR RETURN OF PROPERTY**

---

Defendant, Joseph Eugene Clements, by and through his counsel, Lisa A. Polansky, Attorney at Law, moves this Honorable Court for the return of property seized from his residence.

In support of which, Mr. Clements submits the following:

1.    On June 17, 2022, a search warrant was executed at Mr. Clements' home at 310 19th Street, Boulder, Colorado 80302.

2.    Among the items seized were computers, iPads, and cellphones; thumb drives; documents, journals, and receipts; identification cards (including his driver's license), credit cards, Tesla USB, and Ledger Nano X.

3.    On November 11, 2022, at a Change of Plea Hearing before this Court, Mr. Clements pled guilty to Count One of the Indictment, Conspiracy to Distribute N-Dimethyltryptamine ("DMT"), in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(c). [ECF

Doc. # 98] Mr. Clements also pled guilty to Count 5 of the Indictment, Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i). [ECF Doc. # 98]

4. On February 22, 2023, Mr. Clements was sentenced to imprisonment in the Bureau of Prisons for a term of twenty-four months for Count 1 and twenty-four months for Count 5, to be served concurrently. [ECF Doc. # 98].

5. The parties also agreed that defendant would forfeit $5,100.00 in United States currency; $16,924 in United States Currency; $24,260.00 in United States currency, and 2.98 EA SOLANA Cryptocurrency valued at $95.33 from the amount seized. [ECF Doc. # 98] The United States agreed to return the EA Tesla Model 3 (VIN 5Y3E1EC6MR997228), seized from Mr. Clements. See Plea Agreement, filed on November 22, 2022, at ECF Doc.#56, p. 2.  There are no pending claims against any other property.

6. Mr. Clements, through his counsel, now moves this Honorable Court to order the release of his property, including all physical effects, which hold no evidentiary value and is not subject to forfeiture.

7. In a List provided in discovery to the defense by the Government, attached hereto as "Exhibit A" and incorporated herein by reference, items listed as evidence not being requested for return are items highlighted in green; items that the parties have agreed to forfeiture are highlighted in yellow; and the items that Mr. Clements is requesting be returned are not highlighted at all but are in **bold** and are listed here:

- Ledger Nano X
- Gray Samsung Cellphone IMEI 354082111721783
- MacBook Model A1181 Black
- Silver MacBook Serial Number W8932F9866E
- San Disk Thumb Drives
- Thumb Drives Various
- LG G8 Smartphone
- MacBook Pro Model A1989 Serial Number C02XV1QBJ2

- iPad Model A2324 Gray
- iPhone Pro Max Blue
- Samsung Galaxy S10 Black
- Samsung Galaxy S10 + S8 Active Black IMEI 357712085032554
- MacBook Air Model A2337 Serial Number C02FP0ZYQ6LC
- MacBook Pro Model A1707 Serial Number C02VP0HCJ3G
- iPad Model A2014 Serial Number DLXY10EDKC5P
- Misc. Journals and Documents
- Misc. Legal Documents
- Misc. Receipts and Documents
- Credit Cards
- Baggies of Various Colors and Sizes
- Tile Tracker
- Tesla USB
- Passport (Clements)
- Identity Cards x4 (Clements)
- Passport (Hindman)
- Identity Card (Hindman)
- Credit Cards x4

The United States Government has no legitimate interest in retaining these items, as the case is concluded, and the items have no evidentiary value.

## CONCLUSION

WHEREFORE, Mr. Clements, by and through his counsel of record, moves this Honorable Court to order the return of his property.

Dated: July 11, 2023.

Respectfully Submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
Phone: (303) 415-2583
FAX: (720) 500-6021
Email: lisa@polanskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Lisa A. Polansky