| Line | Subline | Description | Category | Type | Custodian | Legal Status | Physical Status | Property Status | Citation Type | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | TESLA Model 3, Gray (VIN: 5YJ3EE1EC6MF997228) | VEHICLES | SEDAN (USE IF A SEDAN AND NUMBER OF DOORS UNKNOWN - SEE 2D OR 4D) | SAC | DUAL STATUS EVIDENCE (FORFEITABLE) | Open | | CAFRA | 58225 |
| 2 | 0 | U.S. Currency (Converted to Cashiers Check #090518782) | CURRENCY/MONETARY | CHECKS | SPC | DUAL STATUS EVIDENCE (FORFEITABLE) | Closed | | CAFRA | 5100 |
| 3 | 0 | U.S. Currency Converted to Cashiers Check | CURRENCY/MONETARY | CHECKS | SPC | DUAL STATUS EVIDENCE (FORFEITABLE) | Closed | | CAFRA | 16924 |
| 4 | 0 | U.S. Currency Converted to Cashiers Check # 090518784 | CURRENCY/MONETARY | CHECKS | SPC | DUAL STATUS EVIDENCE (FORFEITABLE) | Closed | | CAFRA | 24260 |
| 5 | 0 | Marijuana | DRUGS | MARIJUANA | SPC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 6 | 0 | Unknown Orange-Yellow Substance in Tupperware | DRUGS | DIMETHYLTRYPTAMINE | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 7 | 0 | Unknown Reddish Brown rock-like substance in baggie. | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 8 | 0 | Psilocybin Edibles | DRUGS | PSILOCYN OR PSILOCYBIN MUSHROOMS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 9 | 0 | Ketamine Powder in Various Small Baggies | DRUGS | KETAMINE | SAC | SEIZED | Open | | Non-CAFRA | 0 |
| 10 | 0 | Unknown Flaky Substances in Jars and Plastic Baggie | DRUGS | OTHER SCHEDULED I/II DRUGS | HSI | CANCELLED | CANCELLED | | Non-CAFRA | 0 |
| 11 | 0 | Unknown Leafy Substance in Various Baggies | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 12 | 0 | Peganum Harmala in Baggies Suspected DMT | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 13 | 0 | Unknown Black Powder in Baggie | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 14 | 0 | Blue Triangular Pills Suspected MDMA/Ecstacy | DRUGS | ECSTASY | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 15 | 0 | LSD Vials with Blotter Paper | DRUGS | LSD | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 16 | 0 | Blotter Paper in Baggie Suspected LSD | DRUGS | LSD | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 17 | 0 | Syringes with Residue | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 18 | 0 | Unknown Beige rock-like substance in baggie and container - suspected MDMA. | DRUGS | OTHER SCHEDULED I/II DRUGS | HSI | CANCELLED | CANCELLED | | Non-CAFRA | 0 |
| 19 | 0 | White Powder in Baggie - Cocaine | DRUGS | COCAINE | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 20 | 0 | Vape Cartridges | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 21 | 0 | Box of Fler Vape Pens | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 22 | 0 | Ledger Nano X | COMPUTER | COMPUTER STORAGE MEDIA | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 23 | 0 | Gray Samsung Cellphone IMEI 354082111721783 | GENERAL MDS/OTHER | MOBILE COMM DEVICES | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 24 | 0 | MacBook Model A1181 Black | COMPUTER | LAPTOP | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 25 | 0 | Silver MacBook Serial Number W8932F9866E | COMPUTER | LAPTOP | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 26 | 0 | San Disk Thumb Drives | COMPUTER | COMPUTER STORAGE MEDIA | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 27 | 0 | Thumb Drives Various | COMPUTER | COMPUTER STORAGE MEDIA | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 28 | 0 | LG G8 Smartphone | GENERAL MDS/OTHER | MOBILE COMM DEVICES | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 29 | 0 | MacBook Pro Model A1989 Serial Number C02XV1QBJHD2 | COMPUTER | LAPTOP | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 30 | 0 | iPad Model A2324 Gray | COMPUTER | TABLET | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 31 | 0 | iPhone Pro Max Blue | GENERAL MDS/OTHER | MOBILE COMM DEVICES | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 32 | 0 | Samsung Galaxy S10 Black | GENERAL MDS/OTHER | MOBILE COMM DEVICES | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 33 | 0 | Samsung Galaxy S10+ S8 Active Black IMEI 357712085032554 | GENERAL MDS/OTHER | MOBILE COMM DEVICES | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 34 | 0 | MacBook Air Model A2337 Serial Number C02FP0ZYQ6LC | COMPUTER | LAPTOP | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 35 | 0 | MacBook Pro Model A1707 Serial Number C02VP0HCJ93G | COMPUTER | LAPTOP | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 36 | 0 | iPad Model A2014 Serial Number DLXY10EDKC5P | COMPUTER | TABLET | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 37 | 0 | Misc. Journals and Documents | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 38 | 0 | Misc. Legal Documents | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 39 | 0 | Misc. Receipts and Documents | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 40 | 0 | Credit Cards | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 41 | 0 | Baggies of Various Colors and Sizes | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 42 | 0 | Unknown Black Powder Multiple Baggies | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | Non-CAFRA | 0 |
| 43 | 0 | SOLANA Cryptocurrency | GENERAL MDS/OTHER | Virtual Currency – Non-Crypto | SAC | DUAL STATUS EVIDENCE (FORFEITABLE) | Open | | CAFRA | 95.33 |
| 44 | 0 | Jar of Rock Like Substance | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 45 | 0 | Jar of Tan Powder | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 46 | 0 | Jar of Green Powder | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 47 | 0 | Jar of Yellow Wax Substance | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 48 | 0 | Bag of Dried Leaves | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 49 | 0 | Baggie of Rock Like Substance | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 50 | 0 | Blue Container of White Powder | DRUGS | OTHER SCHEDULED I/II DRUGS | SAC | SUMMARY FORFEITURE | Open | | | 0 |
| 51 | 0 | Tile Tracker | GENERAL MDS/OTHER | ELECTRONIC EQUIPMENT | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 52 | 0 | TESLA USB | COMPUTER | OTHER COMPUTER PARTS/EQUIPMENT | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 53 | 0 | PASSPORT (CLEMENTS) | GENERAL MDS/OTHER | PASSPORTS | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 54 | 0 | Identity Cards x4 (Clements) | GENERAL MDS/OTHER | Other Identity Documents | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 55 | 0 | Passport (HINDMAN) | GENERAL MDS/OTHER | PASSPORTS | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 56 | 0 | Identity Card (HINDMAN) | GENERAL MDS/OTHER | Other Identity Documents | SAC | EVIDENCE - SINGLE STATUS | Open | | Evidence | 0 |
| 57 | 0 | Credit Cards x4 | GENERAL MDS/OTHER | EVIDENCE | SAC | EVIDENCE - SINGLE STATUS | | | | 0 |